FILED12 DEC '14 16:25USDC-ORP

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON
# PORTLAND DIVISION

Jacqueline Pinch

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

Dr. John Sorensen

The Oregon Board of Dentistry

ClearChoice Dental Implant Centers

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:14-CV-1995  KI

*(to be assigned by Clerk of the Court)*

**COMPLAINT**

Jury Trial Demanded
☐ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Jacqueline Pinch

Street Address: P.O. Box 241

City, State & Zip Code: Tualatin, OR 97062

Telephone No. 503-699-1717

| | | |
|---|---|---|
| **Defendant No. 1** | Name: | Dr. John Sorensen |
| | Street Address: | 12750 SW 68th Avenue |
| | City, State & Zip Code: | Portland, OR 97223 |
| | Telephone No. | 503-639-5599 |
| | | |
| **Defendant No. 2** | Name: | The Oregon Board of Dentistry |
| | Street Address: | 1500 SW 1st Ave., Ste. #770 |
| | City, State & Zip Code: | Portland, OR 97201 |
| | Telephone No. | 971-673-3200 |
| | | |
| **Defendant No. 3** | Name: | ClearChoice Dental Implant Centers |
| | Street Address: | 12750 SW 68th Avenue |
| | City, State & Zip Code: | Portland, OR 97223 |
| | Telephone No. | 503-707-0111 |
| | | |
| **Defendant No. 4** | Name: | |
| | Street Address: | |
| | City, State & Zip Code: | |
| | Telephone No. | |

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.   What is the basis for federal court jurisdiction (*check all that apply*)

     [X] Federal Question          [ ] Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue?

_____ n/a _____

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship _____ n/a _____

Defendant(s) state(s) of citizenship _____ n/a _____

### III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

See #5, Statement of Claims, in "Notations Regarding my Complaint"

### Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

See #5, Statement of Claims, in "Notations Regarding my Complaint"

### Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

See #5, Statement of Claims, in "Notations Regarding my Complaint"

*(If you have additional claims, describe them on another piece of paper, using the same outline.)*

## IV. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

See Notation about:   IV.  Relief   in "Notations Regarding My Complaint"

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __8th__ day of _____December_____, 20_14_.

*Jacqueline Pinch*

(Signature of Plaintiff(s))