December 12, 2014

# NOTATIONS REGARDING THIS FEDERAL COMPLAINT

**Re:**   Jacqueline Pinch --- Re: Dental Case

## PARTIES

There may be other defendants named in this suit, and I reserve my right to name further defendants regarding this complaint, at any and all stages of the Court Proceedings, or at any and all times and days that Attorney General Eric Holder agrees are acceptable to do so, and as the evidence supports.*

I reserve my Right to add other Individuals and/or Entities to the list of named defendants in this complaint, who may have committed, or that might commit, crimes against me, or against any Individuals, or Entities.*

## JURISDICTION AND RIGHTS AT ISSUE

Please ignore the "n/a" I entered on the line regarding this question.

**II – B:**   What Federal Constitutional, Statutory, or Treaty Right is at Issue?
Innumerable People and Entities, including myself, cannot get access to Justice, despite our profoundly desperate and exhaustive efforts to have access to Justice. Our Rights as Crime Victims have not been upheld or enforced. In this case, and in so many cases, I believe there have been tremendous Intentional efforts by the opposing parties and their supporters, and their defenders, to keep Important and Revealing Cases, including this Dental Case, out of the Public Domain, and to keep Victims from accessing our Rights as Crime Victims, or as Victims of Injustice, and to keep us from our access to Justice. I believe there are many Constitutional and Statutory Rights that are constantly being violated, and that are at Issue in this Dental Case, and in most, if not all, Court Cases that are put forth by, or on behalf of, Victims of Crime and Injustice.*

*See Next Page for Rights That Are at Issue in This Dental Case*

## RIGHTS AT ISSUE IN MY DENTAL CASE*

### CRIMES AGAINST THE PUBLIC*

### INJUSTICE*

### UNFAIRNESS*

### OBSTRUCTION OF JUSTICE*

### FLAGRANT INJUSTICE*

### EXCEPTIONALLY SERIOUS OFFENSE* – Because Government Officers, and a Government Entity – Failed - to Uphold and to Enforce the Laws, that they are Responsible for Upholding and Enforcing, and, in fact, committed felonies, themselves, in doing so.*

### CRIMES AGAINST JUSTICE*

### INTENTIONAL OBSTRUCTION OF GOOD-INTENDED GOVERNMENT OR GOVERNMENT OFFICERS*

### INTENTIONAL OBSTRUCTION OF GOOD ACTIONS OF GOOD-INTENDED GOVERNMENT OR GOVERNMENT OFFICERS*

### MALFEASANCE IN OFFICE*

### PERVERTING THE COURSE OF JUSTICE*

When I have Attorney General as my Counsel, he and I will further clarify the Question of what Federal Rights are at Issue in my Dental Case, and in my Complaint.*


**ADDRESSES OF THE DEFENDANTS**   Regarding the addresses of the Defendants, of this Dental Case, I am using, or I put forth, Dr. Sorensen's Dental Address, when he worked on my teeth, as his address in this Complaint, whether or not he currently works there.  I am using the same address, for ClearChoice Dental Implant Centers, because ClearChoice Dental Implant Centers is the Business that Dr. John Sorenson Joined and became part of, at the same Dental Facility.  In no way shall my Complaint against ClearChoice be limited to only that one facility.  My complaint against ClearChoice Dental Implant Centers is against the entire Company of ClearChoice Dental Implant Centers, because I believe that at least some People  in the Top Management and at top Positions within the Headquarters of ClearChoice, were involved in, and responsible for,   Crimes in my Dental Case.  AG Eric Holder and I will access and use or apply any and all addresses of the Defendants as needed.*

## STATEMENT OF CLAIMS

With this complaint, I am submitting a paper version of my 184 – page Document called, **"A Dental Story of Injustice."** I created this Document, using 9 of the 10 Original Files that were released to me regarding my Dental Case, from the Oregon Department of Justice. This "Dental Story" explains my Dental Case, and it serves to make the Documents regarding this case more easily understood.*

In all three of the Claims I put forth, under "Statement of Claims," please ignore the "#5," because it has no relevance, as I changed the way I put together this Document.

## Claim I - Complaints about:   Dr. John Sorensen

There are many points of Criminal wrongdoing, and of Criminal Conspiracy, I believe, that were done by **Dr. John Sorensen,** regarding my Dental Case.   In order to further specify, and list the exact charges, I will need to consult with Attorney General Eric Holder.*

## Claim II - Complaints about:  The Oregon Board of Dentistry

 There are many points of Criminal wrongdoing, and of Criminal Conspiracy, I believe, that were done by **Oregon Board of Dentistry** regarding my Dental Case.   In order to further specify, and list the exact charges, I will need to consult with Attorney General Eric Holder.*

## Claim III - Complaints about:   ClearChoice Dental Implant Centers

There are many points of Criminal wrongdoing, and of Criminal Conspiracy, I believe, that were done by **ClearChoice Dental Implant Centers,** regarding my Dental Case.   In order to further specify, and list the exact charges, I will need to consult with Attorney General Eric Holder.*

## IV.  Relief

I am bringing forth this Civil Action in order to make vast improvements in the Criminal Justice Systems and in Social Justice Issues of the United States, and in the Systems of Governance and of Rules and Laws of this Country.   Because the United States is so influential throughout the World, I believe that as we make vast improvements here in the US, other Countries of the World will likely be inspired and motivated to make at least some of the same, or similar, changes in their systems of Justice and Governance and Rules and Laws.*

Because my Dental Case so clearly and so absolutely proves that tremendous Wrongdoing was committed against me, and so far, the Entire Systems of Government, at all levels, have failed to work as they should, I believe that my Dental Case must be used to create and compel change.*

I will need Attorney General Eric Holder's Counsel, in order to determine, specifically, what we will want the Court to do for The Public, and for me, and the amount of monetary compensation that we will be seeking, for the Public, and for me.*

In this Federal Complaint, and in this Civil Action, I am hoping to be representing the Public, and I am hoping that we can use my Dental Case to make great and lasting changes in the United States, and in the World, in favor of what is universally considered to be Good, Right, and Just.

Because I still have not had direct, 2-way communications with Attorney General Eric Holder, and because I am not an Attorney, the Federal Civil Action Complaint, and any and all of the documents, including the Complaint, that I am submitting to the Clerk of Court, are subject to any and all changes, deletions, and additions, and specifications that Attorney General Eric Holder specifies, and/or will specify, at any and all times.*

* = and/or as specified by Attorney General Eric Holder, and/or as will be specified by Attorney General Eric Holder.

No Person or Entity may ever block, or otherwise prevent, in any way, the Clerk of Court, and/or any other Person the Clerk of Court assigns to act on the Clerk's behalf, to file this Dental Case into the United States Federal Court.

No Person or Entity may ever block, or otherwise prevent, in any way, Attorney General Eric Holder, from Contacting me, by any and all means, and at least by email.

# A Dental Story of Injustice

Presented by

## Jacqueline Pinch

# A Dental Story of Injustice

"Knowledge will forever govern ignorance.  And a People who mean to be their own governors, must arm themselves with the power knowledge gives.  A popular government without popular information or the means of acquiring it, is but a prologue to a farce, or a tragedy, or perhaps both."

– James Madison 1822

---

**These Documents** tell a disturbing story about dentistry and injustice.... It is my story, and it is a story that needs to be told.

In January of 2012, I submitted the first of two notebooks of documents to the Oregon Department of Justice (DOJ), and I submitted the second notebook to them about a month later, in February of 2012.  This case is now a public record and it is on file at the Oregon Department of Justice, <u>Financial Fraud File Number FF0653-12</u>.

Within days after submitting my first notebook to the Oregon DOJ, I received a letter from them which named the Oregon Board of Dentistry as the (business or person) my complaint was about, instead of my intended named person, who is a specific dentist.  I realized from this letter that the reason for this was because my complaint form was weighted with comments about the Oregon Board of Dentistry.  Therefore, this letter to me addressed possible avenues to pursue regarding the Oregon Board of Dentistry, and it mentioned Oregon's "Unlawful Trade Practices Act (UTPA)."  This letter then specified that the UTPA does not give the Oregon DOJ any authority (or jurisdiction) to handle or enforce any complaints about government entities or officers.

This letter was a great surprise and disappointment to me, as the specific dentist did not end up being the named person whom my complaint was about, as I had primarily intended.  Within days, I then emailed another 2-page complaint form to the Oregon Department of Justice, in which I excluded any fault of the Oregon Board of Dentistry, and I faulted only the

**2**

specific dentist.  However, in this form I referred to the documents "I sent" to the Oregon DOJ, which I meant as the documents in the notebook they had received from me the previous week.

It was sometime in February of 2012 that I learned from my own research that the criminal statute of limitations for fraud in Oregon is 3 years from the date or dates in which the act or acts occurred.  I then realized I had no room for any more errors, because the initial events of this case took place in 2009.

Close to the end of February of 2012, I sent my second and final notebook to the Oregon Department of Justice.  In this notebook, most of the documents are duplicates of those in my previous notebook.

The changes I made in this second notebook are:
1.  I changed the date(s) of the transaction on the complaint form, as a more accurate account of my appointments with this dentist.
2.  I carefully edited the documents to exclude any fault of the Oregon Board of Dentistry, which I had learned would apparently disallow any actions against this dentist by the Oregon Department of Justice, according to Oregon laws.
3.  I combined together my list of complaints about this dentist.
4.  I included a printout of an important and associated webpage that I had noticed shortly after my Dental Board Interview.

After sending in my request for this public record from the Oregon Department of Justice in May of 2012, I received a copy of this entire file via email.  Attached is the file that I received from the Oregon Department of Justice, which is mostly the documents I had originally submitted to them, but also some additions from the Oregon DOJ.

After I submitted this dental case to the Oregon Department of Justice, and it became a public record, I began to realize this case was becoming widely known, and I knew there was something big about this case, but I did not know what it was, how to access it, or how to use it.  I now believe this case presents a powerful opportunity to affect change for good in the World.....  This is our evidence.

**3**

I have redacted some of the names of People mentioned in these documents to preserve their privacy, but I left intact the names of the People and Entities primarily involved in this complaint, as well as their contact information, including my own.  Also included are the names of some People who hold positions of responsibility regarding decisions that were made in this case.

I believe the public interest and importance in disclosing this case greatly outweighs any arguments against disclosure.  If I were to thoroughly redact all, or almost all, of the names and contact information of the People named in these documents, and the clues to such information, then I would be compromising the essence of this case.  I believe it is essential that this case and this evidence be publicly accessible for everyone to read, to use, to understand, and to learn from.

I have placed divider pages in these documents in order to organize them for clarity and understanding.  In addition, I have included the 2011 version of the "Oregon Dental Practice Act," which is the 20-page document which specifies the rules pertaining to dentists practicing in Oregon.

I have learned so much in my earnest, yet unavailing, pursuit of Justice in this dental case.  I now realize that injustice is so common, and that Justice, which is a central and international ideal, is alarmingly difficult to achieve.  The laws of Justice, as they are now, make it impossible, as far as I can tell, for me, and other Victims of Crime and Abuse of Power, to achieve Justice or to even gain access to Justice.

I am presenting this "Dental Story of Injustice" on my own, and without legal counsel.  My "Dental Story of Injustice" tells the truth of what happened to me.  I have backed up my Story with overwhelming evidence.  It is the documented detail, the truthfulness, and the actual events of this case that make it especially powerful.

Ultimately, it is my great hope that this case will be used to help and empower People all over the World who are Victims of Crime and Abuse of Power to stand up against such crimes and abuses and achieve the Justice they so desperately need.  I believe this case can be used to make the World a better place.

- Jacqueline Pinch

June 16, 2014

*4*

# **First Notebook of Documents**

Oregon Department of Justice - Consumer Protection, Complaint Form ...    https://www.doj.state.or.us/cgi-bin/finfraud_complaint.pl

*FF 0653-12*

# Oregon Department of Justice
# Attorney General John Kroger

Oregon DOJ Home | About the Justice Department | Divisions | Civil Enforcement | Consumer
Protection | Complaint Form | Complaint Form Confirmation

## Complaint Form Confirmation

**Your complaint has been submitted to consumer.hotline@state.or.us.**

Submitted on: 1/20/2012
Action Requested: Yes

### Consumer

Name: Jackie Pinch
Address1: 40 Crestfield Court
Address2: Lake Oswego, OR 97035
Email: Jpinch25@gmail.com
Day Phone: (503) 6991717
Evening Phone: (503) 6991717
Cell Phone: (503) 6991717

### Business

Name: Dr. John Sorensen
Address1: 12750 SW 68th Avenue
Address2: Portland, OR 97035
Phone: 503 6395599

*RECEIVED JAN 26 2012 CIVIL ENFORCEMENT DIVISION*

### Complaint Pertaining To

Dates: May/June of 2009
Lost Money: $33,314.00
Attorney Contacted: please see note below
Business Contacted: Oregon Board of Dentistry
Other Contacted:
Type of Sale: Other
Details: Regarding the question of an attorney, I did consult with two attorneys, but I have no written
contract with either of them. DENTAL CASE SUMMARY: While undergoing the project of Full Mouth
Reconstruction with Dr. John Sorensen in May/June of 2009, I found that it was necessary to leave him
due to unacceptable patient care. At this time, I still have 28 temporary restorations, despite my efforts to
resolve this situation. In January of 2010, I sent a detailed complaint about Dr. Sorensen to the Oregon
Board of Dentistry. One year later, in January of 2011, The Dental Board called to interview me about my
case. In April of 2011 the Dental Board announced their decision about my case during their April 15th
meeting. Three weeks later I received a letter from them which stated On April 15, 2011, the Board voted

*6*

to close the matter with No Violation of the Dental Practice Act. I was stunned by this decision, as I had submitted to them so much evidence of wrongdoing, fraud, and false pretense - actions which were clearly below the Standard of Care. This coming week I will send you all of the supporting documents of my case. Thank you, Jackie Pinch

# INDEX OF ENCLOSED DOCUMENTS

1. **The Complaint (4 pages)**

2. **Dental Case Summary (10 pages)**

3. **Dental Board Documents**
   A. **Complaint Form**
   B. **Initial Letter From Board**
   C. **Final Letter From Board**

4. **Letters From Dr. Sorensen**
   A. **Letter Describing Upcoming Treatment**
   B. **Letter to Encourage Me to Have Him Continue My Treatment**
   C. **Settlement Letter Presented to Me That I Did Not Sign**
   D. **Letter from Dr. Sorensen Sent to a Friend of Mine**
   E. **Offer and Letter from Dr. Sorensen after Interview with the Dental Board\*\***

5. **Letters From Me to Dr. Sorensen**
   A. **Letter Requesting All of the Dental Items of My Case**
   B. **Copy of Above Letter with Checked Off Items**
   C. **Letter Requesting a Copy of All of His Photos of Me and My Teeth**
   D. **Letter Requesting a Refund of All of the Funds Given to Him for This Project**
   E. **Letter Requesting Insurance Information**

6. **Documents from Dr. Sorensen**
   A. **Treatment Plan from Dr. Sorensen (2 pages)**
   B. **Receipt for Initial Consultation with Dr. Sorensen**
   C. **Statement of Payment Due and Schedule of Upcoming Appointments**
   D. **Receipt for Payment of Project**
   E. **Statement of Payment Due for "Hard Tissue Crown Lengthening"**

7. **Emails Between Me and Dr. Sorensen (13 pages)**

8. **My Dental File from Dr. Sorensen (7 pages)**

9. **Receipts from Other Dentists Who Did Any Treatment Regarding This Case**
   A. **Treatment Plan and Payment Due from** ▮▮▮▮▮▮▮▮
   B. **Receipts from** ▮▮▮▮▮▮▮ **of Payments Made**
   C. **Treatment Plan from** ▮▮▮▮
   D. **Receipts from** ▮▮▮▮ **of Payments Made**

**\*\*Any reference to Michelle in these documents is Michelle Lawrence, a consultant for the Oregon Board of Dentistry, who was the person who interviewed me.**

*8*

January 26, 2011

Dear Michelle,

After our interview on January 24, 2011 and January 25, 2011, I have made some more notations regarding my dental case in order to clarify (and question) some important points. They are following:

1. It is clear to me that Dr. Sorensen **altered my dental file**, and this is especially clear because of the discrepencies on pages 2-3 regarding my "treatment plan" which entirely contradicts the treatment plan I received on the same day, which was Feb. 20, 2009.

2. **Almost all of the conversations between Dr. Sorensen and I were via email,** and all of these emails were included with my dental report. There were no phone conversations other than the few conversations on the phone that I documented in my 10 page dental case summary.

3. Dr. Sorensen has **kept all of the money** from this case. He has made no effort to contact me at all since August 31. 2009, despite several letters I sent him requesting him to do so. He therefore has been completely unaware and unconcerned of the status and health of my teeth with these temporaries during this entire time, and now it has been about a year and a half since he placed these temporary teeth.

4. Dr. Sorensen engaged in unethical billing practices. Upon receiving the receipt for full payment for all of this dentistry, included with this receipt was an **additional bill for $3108** for "Hard Tissue Crown Lengthening" with no prior mention or discussion of this. The following week I said no to this during my follow up consultation and he had no comment in response on this issue. *See emails in which pricing of this entire project was discussed and decided on -- there was never any mentioning of hard tissue crown lengthening.

5. There were **no x-rays** taken of my **previously crowned front teeth** in order to reveal the prepped tooth structure underneath. Therefore, there was no way Dr. Sorensen would be able to make a plan to preserve the underlying tooth structure as much as possible as he removed the porcelain. In other words, he had **no map** to go by as he removed the porcelain that was bonded onto the base teeth.

6. I think Dr. Sorensen provided **no prescriptions** as to the size and shape of my upcoming restorations as directives to his technician(s). (*See pages 5-6 in my "Dental Case Summary.")

7. **Patient abandonment.** Dr. Sorensen gave away all of his regular prosthedontic patients via a letter because he no longer does this work.... He only does implants now.

*Complaint page 1*

*9*

8. There were **no face bow measurements** taken by Dr. Sorensen for this big project of Full Mouth Reconstruction. Also, where is the analysis of the articulation and study data?

9. During the consultation I had with ▮▮▮▮ in August of 2009, I asked ▮▮▮▮ what percentage of the total cost of this procedure he would assign to this initial stage of the procedure that I was presently in (prepped teeth with temporary crowns) if he was doing the work. He said he would assign about **20%** of the entire cost to the work that was done so far. On the other hand, Dr. Sorensen was trying to charge me $20,300 out of the funds he had received of $33,314 intended to cover the entire project, which comes to **61%**. And the work he had done for which he was charging me 61% of the total was unacceptable. (See Document 4-D).

10. In subsequent written communications **Dr. Sorensen blamed me** for any errors in teeth design due to the 1½ hours I spent with ▮▮▮▮ in the lab on May 11, 2009.

11. No one ever called me after either of my **all day dental drilling** appointments to check as to how I was doing.

12. **These current temporary teeth do not fit my face or my smile.**

Please compare the two following items, in case of any discrepencies:

1. The dental file I received from Dr. Sorensen that I enclosed with my report (in the notebook).
2. The dental file of my case that you received from Dr. Sorensen.

On my top teeth day, before we got started, I told Dr. Sorensen to avoid taking any more of the base tooth structure off of any of my top front teeth when removing the ceramic that was on these teeth because the teeth underneath were already really little. But it turned out that he ignored my request and went ahead and intentionally removed more of the base teeth structure, making these really little base teeth even littler, and thus weakening their ling-term strength when supporting the intended crowns. Later, when I addressed this frightening observation, Dr. Sorensen wrote that he removed some extra teeth structure in order to prevent the underlying color of the dentin of the teeth from showing through the ceramic of the crowns. But the reality was that there was no dentin showing through the pre-existing ceramic crowns. The material that had been used the previous year was "Empress" which is known to have a high level of translucency, and even with this high level of translucency, no dentin of my base teeth showed through in any of the photos that were taken before Dr. Sorensen began his work on my teeth.  . There was **no yellow at all showing through,** and instead the overall color of these previous crowns had a **grey** cast.

A dentist has to be extremely careful when re-doing previously crowned ceramic teeth. This is especially true because in applying ceramic crowns, a special cement is used which bonds the ceramic material directly to the tooth structure underneath. Therefore, when a ceramic tooth

*Complaint page 2*

*10*

needs to be replaced, the ceramic part is drilled off, but the bonding cement also needs to be drilled off. And in this procedure, it is critical to make sure to avoid removing any healthy tooth structure, or at least keep it to an absolute minimum in order to leave the underlying tooth structure as strong as possible.

Thank you,

Jackie Pinch

*Complaint page 3*

**11**

## SUMMARY OF COMPLAINTS

- See Letter to Dr. Sorensen, dated October 20th, 2009

- Dr. Sorensen failed to ensure that I had full and complete informed consent of various options in how to proceed, the costs of these options, and the potential risks involved.

- Dr. Sorensen attempted to charge me a large additional cost for "hard tissue crown lengthening" with no prior mentioning or discussion of this, after the total was agreed upon and paid for.

- No photos were reviewed (apart from 3 photos of his own clients) to plan the aesthetics of this big project.

- No x-rays of previously crowned front 12 teeth were ever taken in order to reveal prepped tooth structure underneath. Every caution should have been taken to avoid unnecessary reduction of tooth structure in order to preserve the long-term strength and integrity of these teeth.

- Dr. Sorensen made many changes to the shape of my upper temporary restorations while I was in the operatory, without involving me, asking me, or showing me until he was done.

- The temporary restorations that Dr. Sorensen installed in my mouth created an incorrect bite. Most of the weight of my bite is presently on the front teeth which are extremely vulnerable to shifting and breaking. I have to constantly work to keep the front teeth from connecting too forcefully for this reason.

- My upper front temporary teeth now have a large overbite, which exactly contradicts our agreed upon initial goal of bringing in my bite.

- Aesthetically these temporary teeth are unacceptable.

- In the last two appointments I had with Dr. Sorensen which were to adjust the temporaries, the above 3 aspects were made worse.

- Once I made the decision to leave his care with only my temporaries placed, I was presented with a settlement letter from Dr. Sorensen which I refused to sign. In this letter, he offered to refund only $13, 014 out of the total amount paid to him of $33,314. He was charging me $700 per chair hour, even though at no time prior to July 2nd was any per hour charge ever mentioned or made aware to me.

- I received no response from Dr. Sorensen regarding my letter requesting a full refund. I received no response from Dr. Sorensen regarding the letter I sent him requesting the photos he took of me and my teeth. I received no response to my letter requesting his insurance information. All three of these letters were sent to him via Certified Mail.

*Complaint page 4*

**12**

## DENTAL CASE SUMMARY – updated January 18, 2012

### CURRENT SITUATION

While undergoing the project of "Full Mouth Reconstruction" with **Dr. John Sorensen in May/June of 2009**, I found that it was necessary to leave him due to unacceptable patient care. At this time, I still have **28** temporary restorations, despite my efforts to resolve this situation.

In **January of 2010**, I sent a detailed complaint about Dr. Sorensen to the Oregon Board of Dentistry. One year later, in **January of 2011**, the Dental Board called to interview me about my case. In **April of 2011** the Dental Board announced their decision about my case during their April 15th meeting. Three weeks later I received a letter from them which stated **"On April 15, 2011, the Board voted to close the matter with No Violation of the Dental Practice Act."**

I was stunned by this decision, as I had submitted to them so much evidence of wrongdoing, fraud, and false pretense - actions which were clearly below the "Standard of Care."

### BACKGROUND:

In **December of 2003**, In an appointment with **Dr.** ▉▉▉▉▉▉▉ I was made aware of the fact that my teeth needed to be reconstructed in order to re-build the size of my teeth, re-establish a nice smile, and protect the long-term health of my teeth and gums. I was crushed by these findings, and after some research, I realized the huge cost involved in this sort of procedure. At that time, I had no way of funding this huge project. However, I resolved to take the best possible care of my teeth in order to preserve them as much as possible.

In **February of 2008**, I had another appointment with **Dr.** ▉▉▉▉▉ Due to the fact that funding was still in question, he made a minimal plan to repair only three of my teeth (my two upper front teeth and one back tooth that had an extra big filling in it). I was not comfortable with his plan, particularly because he planned to also do root canals on those two front teeth, and I did not understand why that would be necessary at all. I decided to seek out another dentist.

### BEGINNING THE PROJECT OF "FULL MOUTH RECONSTRUCTION"

Almost four years ago, on **April 11th of 2008**, I met **Dr.** ▉▉▉▉▉▉ and soon we started the project of FMR to restore my teeth. In order to fund this procedure, my parents got on board once they realized the importance and necessity of this project. In my case, my gums and the roots of my teeth were found to be healthy, and therefore I was a good candidate to undergo the necessary procedures. He used the ▉▉▉▉method to establish my new bite, after establishing where my jaw was most comfortable by having me wear a ▉▉▉▉▉▉▉ for a week. His plan was to crown and veneer the teeth in sections, front first, then one whole side, then the other side. But then together we changed the plan to doing the front teeth first, then the premolars, then the back teeth.

However, problems arose due to a lack of communication regarding the color and shape of the upcoming ceramic restorations after the temporary restorations of the front 12 teeth were placed. I went in to his office and brought these concerns to his attention. ▉▉▉▉▉▉said he would work on

*13*

the design of these teeth some more in his lab and he gave me only the color choices of "A1 or B1," without reviewing any lighter options. A few days later I brought him a paper that described the changes in shape I wanted applied to the permanent front teeth and of these two color choices, I chose the lighter option of B1.

A few weeks later, on **August 6th of 2008**, ████████ placed the front 12 ceramic restorations ( the upper front 6 and the lower front 6). Then, in order to align the rest of my bite, ████████ put bits of a composite or acrylic material on all of the rest of the bottom teeth, carefully checking the bite as he applied this material. The bite felt very comfortable. And I wanted to be really happy with the appearance of these new front ceramic teeth, but the color did not seem right...... it looked quite gray in the mirrors at work and my clients were also commenting about the grayish color. A week later, I met with ████████ and I wanted to discuss the teeth color with him.

I explained to ████████ that my new porcelain restorations looked gray, and that I had not had a proper chance to approve the color of them before they were cemented, and that I had only been given a quick glance before cementing began. I should have had a chance to walk around and look in different mirrors to make sure of the color, because this was such an important aspect. ████████ did not know what to do about this dilemma, and we met again a few weeks later to see if we could work out a solution. In this follow-up meeting, he offered to re-do these teeth if I paid the lab fees of $3000 to re-make these 12 ceramic teeth. In another meeting a week later, I suggested we only re-do the top 6 teeth, and that then he would cover the cost of the lab to make the 6 ceramic teeth. He said "no, I can't afford to do that."

Also, he talked to me about the difficulty in re-doing my front teeth, and he emphasized that it could lead to root canals and gum recessions. He also said that it would be very difficult to duplicate the bite I have and the shape of my teeth as they are now. So with all of this in mind, I decided to seek out another dentist in order to take on this project. He gave me the dental items of the case that I requested and he refunded the remainder of the funds that had been prepaid for the entire project.

I now have renewed respect for ████████ and his efforts and determination to get my bite very comfortable and correct, and he definitely achieved that goal for me. He did this by the design of my incisors, so that the top and bottom incisors did not touch, and by adding the right amount of composite material to all of the posterior bottom teeth in order to achieve good occlusion and to maintain the height of the new bite level. This situation using the composite material was intended to be temporary until the rest of the teeth were permanently restored, but I was very comfortable with this situation for many months.


## DR. JOHN SORENSEN

I found **Dr. Sorensen** in January of 2009, via his website. From his website, I felt very confident that Dr. Sorensen would uphold the highest standards in dentistry. Being a Prosthodontist, I understood that he was a specialist in creating artificial teeth of all kinds. This specialty demands extremely high standards of both diagnostic and treatment services in order to achieve the best possible aesthetics, occlusion, and long-term dental health and comfort.

page 2

14

## SUMMARY OF COMPLAINTS

- See Letter to Dr. Sorensen, dated October 20th, 2009

- Dr. Sorensen failed to ensure that I had full and complete informed consent of various options in how to proceed, the costs of these options, and the potential risks involved.

- Dr. Sorensen attempted to charge me a large additional cost for "hard tissue crown lengthening" with no prior mentioning or discussion of this, after the total was agreed upon and paid for.

- No photos were reviewed (apart from 3 photos of his own clients) to plan the aesthetics of this big project.

- No x-rays of previously crowned front 12 teeth were ever taken in order to reveal prepped tooth structure underneath. Every caution should have been taken to avoid unnecessary reduction of tooth structure in order to preserve the long-term strength and integrity of these teeth.

- Dr. Sorensen made many changes to the shape of my upper temporary restorations while I was in the operatory, without involving me, asking me, or showing me until he was done.

- The temporary restorations that Dr. Sorensen installed in my mouth created an incorrect bite. Most of the weight of my bite is presently on the front teeth which are extremely vulnerable to shifting and breaking. I have to constantly work to keep the front teeth from connecting too forcefully for this reason.

- My upper front temporary teeth now have a large overbite, which exactly contradicts our agreed upon initial goal of bringing in my bite.

- Aesthetically these temporary teeth are unacceptable.

- In the last two appointments I had with Dr. Sorensen which were to adjust the temporaries, the above 3 aspects were made worse.

- Once I made the decision to leave his care with only my temporaries placed, I was presented with a settlement letter from Dr. Sorensen which I refused to sign. In this letter, he offered to refund only $13, 014 out of the total amount paid to him of $33,314. He was charging me $700 per chair hour, even though at no time prior to July 2nd was any per hour charge ever mentioned or made aware to me.

- I received no response from Dr. Sorensen regarding my letter requesting a full refund. I received no response from Dr. Sorensen regarding the letter I sent him requesting the photos he took of me and my teeth. I received no response to my letter requesting his insurance information. All three of these letters were sent to him via Certified Mail.

page 3

15

## INITIAL CONSULTATION

**February 20, 2009:** Today was my initial consultation with **Dr. Sorensen.** He wanted to hear the entire story of how my teeth got this way. I told him the entire story of all of the events that worked together to result in the present condition of my teeth, including the front restorations with Dr. ████ Dr. Sorensen seemed to be listening carefully to my story, and he checked the way I verbally went through a series of numbers, and then he took a series of pictures of my smile and my teeth. He seemed eager to take on this project, and I appreciated his enthusiasm. He offered to laser some gum material from a couple of premolars at no charge, but I was not keen on this idea. Since finances were a big concern, I wanted to review my different options, including leaving my crowned front teeth as they were currently and only doing the rest of the teeth, and also the option of only doing crowns on all of the top teeth and then maintaining the bite with acrylic bits, as was presently the case. There was no more time left in our consult to review these options, and he then handed me a sheet of paper, which was the **"Treatment Plan."** On this sheet of paper was a list of all of my teeth and his plan was to crown them all using a "por/cer subst," which I interpreted as all-ceramic crowns. Then, upon my request, he removed the cost of my third molars, which would simply be left alone.

## COMMUNICATIONS

Over the next few weeks, Dr. Sorensen and I communicated by **email** about the cost of the project. Dr. Sorensen eventually decided to offer me 10% off his initial estimate if I agreed to do the entire project as he intended and if it was paid for in cash up front. He felt strongly that the front teeth needed to be re-done to avoid having to "compromise several factors." This meant re-doing the front 12 teeth that ████████ had done (my complaint with those restorations was the color, which looked gray on me). I was grateful for this discount, and we agreed on the reduced price of **$33,314.**

## MOLDS TAKEN IN OFFICE

**On March 20th,** Dr. Sorensen's assistant, ████████ took two upper and two lower molds of my teeth, while one of Dr. Sorensen's two lab technicians, ████ oversaw this procedure. Dr. Sorensen later came into the room and made a few notations. I made it clear to him that I wanted my new front teeth to be more "in" and Dr. Sorensen reiterated this out loud and announced, **"We will bring the (bite) in one millimeter towards the meridian."** He then placed some sort of device with some colored material on my teeth and took pictures of this. He did this a couple of times. I understood this procedure to be important in reading how my teeth connected together. After an indication by Dr. Sorensen to get started, ████ walked back to the lab with the molds of my teeth.

## PAYMENT MADE

**March 30, 2009:** Two checks were received by Dr. Sorensen to cover the entire cost of the project of restoring my teeth. Dr. Sorensen's treatment plan total was initially **$37,015,** and with **10% off,** the total was reduced to **$33,314.**

**April 2, 2009:** I received receipts from Dr. Sorensen's office, but on these receipts was an additional charge for a never-before mentioned procedure of "hard tissue crown lengthening" at **$795 per tooth,** totaling **$3180 extra** for 4 of my premolars.

*page 4*

*16*

## FOLLOW-UP CONSULTATION

**April 7, 2009:** On this day, I met with Dr. Sorensen, and I had a lot of questions for him, and I thought we would be going through some photos of teeth and smiles in order to most optimally design my new teeth. Instead, he showed me the already-done "wax-up" of the teeth intended for me that were created by his technician. I thought this was strange, as we had not had a discussion about the cosmetic aspects of my new teeth before these teeth were designed. These teeth looked odd to me because they had deep grooves between all of the top six teeth. I pointed out these deep grooves to Dr. Sorensen, and he took notes. I told him that I was not at all interested in "hard tissue crown lengthening" and that we had already arrived on a price for the entire project. He said nothing in response. The only pictures we looked at were 3 photos of three of his own clients' teeth. Dr. Sorensen's wife, **Vangi**, went ahead and set up my all-day appointments.

## WAX-UPS

I was very concerned about the wax-ups that I had seen on April 7th, and I was concerned that this was their design for my teeth. We had already paid Dr. Sorensen for the entire project up front, and so I was determined to work out the design of my teeth with him and his technician. Therefore, through emails to Dr. Sorensen, I communicated that I wanted to see the wax-ups several more times in order to make sure they were as right as possible. It turned out that I saw the wax-ups only two more times before the temporaries were installed in my mouth.

**April 17, 2009:** I met with Dr. Sorensen in his classroom and looked over the wax-ups. The wax-ups were damp and Dr. Sorensen told me not to touch them. So I was not able to open them up and thoroughly check them out.

**May 11, 2009:** This 5:30 appointment to have the final look of the waxups took place the night before my first all-day appointment for Dr. Sorensen to prep all of my bottom teeth. It turned out that Dr. Sorensen was still with a client, dand so he told Vangi to ask me if I wouldn't mind to instead meet with his technician, ███████████████ **(the other technician)**, who would go over my wax-ups with me. I said that would be just fine.

███████ then directed me back to the lab to look over the wax-ups. I was not given any instructions or restrictions from Dr. Sorensen regarding my conversation with ███████concerning my wax-ups. My concern was to make sure these wax-ups looked right. It ended up that I sat with ███for about 1½ hours, and this was a great relief to me because it was the first time that I was able to have direct input on the shape of the top six teeth, besides the ½ hour on April 17th, when the teeth were too damp to handle. In this 1½ hours, we did not work on changing any aspects of the back teeth. ███ was especially good and efficient at doing was-ups, and together I felt that we perfected the appearance of the top six front teeth. I was starving for such an opportunity, especially because Dr. Sorensen and I never thoroughly reviewed design details of tooth shape and structure of my potential smile. This was quite surprising, considering that he was the one who insisted on re-doing my previously done front restorations, and he promised an "awesome" result.

During the 1½ hours I spent with ███ working on the wax-ups in the lab, Dr. Sorensen came into the lab 2 or 3 times. At no time when he saw us working together on my teeth did he inquire as to what we were doing or otherwise give us any instructions whatsoever.

*page 5*

*17*

Also, knowing that it was ▮▮ not ▮▮ who made these teeth, I asked ▮▮ where ▮▮ was, and ▮▮ told me that ▮▮ was no longer employed by Dr. Sorensen, but he said nothing further about him. At the end of this 1½ hours spent with ▮▮ adjusting my wax-ups, I was quite impressed with the aesthetic results.

## BOTTOM TEETH DAY

**May 12, 2009:** Dr. Sorensen was not happy with me today because I had spent 1½ hours with ▮▮ the night before, during which time I worked with ▮▮ to adjust the wax-ups.

Today Dr. Sorensen prepped all of my bottom teeth, including the front 6 bottom teeth which had veneers. At about mid-day on this day, I asked Dr. Sorensen why ▮▮ was "let go," and he said it was because "I'm not busy enough to support two technicians, and **he does bad work.**"

This comment was very disturbing to me, because I knew that ▮▮ the technician who Dr. Sorensen said "does bad work" was the person who made my teeth.

We were in the midst of this part of the project, and my teeth were completely vulnerable in this condition, so I opted to not respond to this comment at that time, hoping for a positive result despite this new information. Also, Dr. Sorensen had told me that we will be able to correct any aesthetic aspects on my temporary restorations. And I absolutely assumed that Dr. Sorensen, being a prosthodontist, would be extremely careful about getting the bite exactly right.

## TOP TEETH DAY

**May 18, 2009:** Before we got started today, I wanted Dr. Sorensen to see the **odd and uneven roll to the line** of my new temporary lower restorations. I had been under the impression that one huge reason to undergo all of this dental work was to achieve an **optimal** bite and great occlusion. Therefore, even though I only had the lower temporary restorations placed so far at this point, I was expecting my lower teeth to appear to be in visual alignment and balance. But when I pointed out this observation to Dr. Sorensen, he did not seem to be concerned, and simply asked me if that was a problem for me. So if things already looked off to me, I thought much attention would have been paid to correct the situation. He eventually said that we can make some adjustments later.

I also told Dr. Sorensen that I wanted to preserve all or as much as possible of the base tooth structure under my front crowns that he was re-doing. I was very concerned about the long-term longevity and strength of my teeth. He said he would do them just as he did the lower teeth, with no further explanation.

I then had a final glance of the top six teeth that ▮▮ and I had carefully adjusted. I gave my approval regarding the aesthetics of these teeth. Most of this day was spent removing the top 6 front crowns, and the rest of the top teeth were then also prepped.

After the top teeth were all prepped, and after the late afternoon/evening 2-hour break, Dr. Sorensen began applying the temporary teeth, taking them on and off several times to make many adjustments over a few hours. At no time during this procedure did he ask me my opinion of shape and length as he changed these dimensions. Finally, at 10 pm, when he had finished installing the teeth, I was given the

*page 6*

*18*

mirror and I had my first glance of these teeth..... and they were clearly different from what I had expected. Also, they were mottled with bright white blotchy material, making the aesthetics of these teeth difficult to ascertain.

At the end of that day, neither Dr. Sorensen nor I was happy with the appearance of my teeth, and the first appointment to adjust these temporary teeth was to be the following week.

However, I was growing more uncomfortable with how things were going.... it seemed that more and more problems were surfacing regarding this project. And the fact that the top six teeth that ▮ and I had carefully shaped were changed drastically that day without consulting me was very disturbing.

## FALLING OUT

Two days later, on **May 20th**, I called Dr. Sorensen's office and left a message for him to call me. On the morning of **May 21st**, his assistant, ▮ called me. I told her that there were many factors I was not happy with regarding the current temporary teeth, including the bite and the aesthetics. A couple of days later, on **My 23rd**, I called Dr. Sorensen's office and left a message to cancel my next appt, which was booked for **May 27th, 2009.**

On Memorial Day, **May 25th**, I received a call from Dr. Sorensen and he could not understand why I canceled my upcoming appt. I reminded him of his comment about his technician who made my teeth, in which he said this technician "does bad work." Also, I told Dr. Sorensen that he was not involving me in his ideas and changes to my teeth and my smile, and I knew the only way to be successful was to work together smoothly for the goal of a beautiful, comfortable, and physiologically correct set of teeth.

The following Thursday, on **May 28, 2009**, Dr. Sorensen sent me an email referring to an attached letter, which I did not receive until the next morning via email. In this letter he insisted that he only does excellent work and that he only has the highest standards of excellence.

I then understood this to mean that he would do everything in his power to ensure that I would end up with a very balanced, aesthetically pleasing, comfortable set of teeth, with an absolutely correct bite. And I thought that ▮ who seems to be a very skilled technician, who now was Dr. Sorensen's only technician doing all of the lab work, would also be very involved with correcting the erroneous aspects of the current state of my temporary restorations.

In a response to this letter, I decided that I needed to give Dr. Sorensen a chance to correct the situation. I soon sent him a clarification note via email on **May 31, 2009.** In this email, regarding the idea that I was in any way trying to ignore the rules of dentistry in the design of my teeth, I made it clear that this idea was simply untrue. I clarified that I absolutely agree that I would only want to work within the dental, gingival, and spacial rules of dentistry. Any shape, aesthetic, and bite ideas I suggested or asked about would always be second to the essential rules of dentistry.

In response to his suggestion that we would re-make the top 6 teeth, I tried to communicate with him in this email that I wanted him to go back to the teeth that we had started with early on the "top teeth day." He emailed me back on **June 2, 2009** a response, saying, "Hi Jackie: OK, will do. See you Thursday. John."

*page 7*

*19*

## BACK TO DR. SORENSEN

What actually happened the following Thursday, on **June 4, 2009**, was quite different than what I expected. First of all, the top 6 teeth that Dr. Sorensen had re-designed were really big, shapeless teeth that I had never seen before, and not at all the teeth that I had requested or that he had agreed to. But I still felt that it was critical to give him a chance to get this right, and I knew these were only temps, and I was hopeful that he would be working closely with ███ in achieving a great result.

Dr. Sorensen went ahead and had me try on these top front 6 teeth, and he adjusted them a bit, and then had me look in a mirror. These teeth looked really bad, way too huge. Then Dr. Sorensen adjusted them again for quite a while, and again they looked really bad, a very odd shape. Then he said he was going to go back to the lab and have ███ adjust these teeth. After a while, he came back and placed those teeth in my mouth and I said "that's better." I did not like these teeth very much, but at that point, I was in a rush to leave because I was dog-sitting, and I was now running late getting back to the house. So those teeth were cemented in, and we made another appt. to again adjust all of the temps, which was to be in two weeks.

In the meantime, the bite continued to be off, with most of the weight being on the front teeth and therefore the posterior teeth did not seem to be connecting properly. I now had a constant feeling that my front teeth were unnaturally full and more **"out"** and the goal of bringing in the teeth was definitely not accomplished. These aspects remain to this day.

My final appt. with Dr. Sorensen was on **June 17, 2009**. My entire bite, as well as the aesthetics, continued to be incorrect. Also, right after those top 6 teeth were replaced on June 4, I developed a major lisp. I thought today's appt would involve re-analyzing the situation and taking more molds of my teeth in order to make some major corrections regarding the entire bite and the aesthetics. Dr. Sorensen did not take any molds of my teeth today, and instead he made some small adjustments to my temporary restorations. But I was realizing that these minimal adjustments were not fixing things, except that we were able to mostly get rid of the lisp.

It was clear that so many of these problems could have been avoided if the entire project was originally planned with great care and intention. I felt that he was continuing to patch up the original bad design.

**June 18, 2009:** I sent an email to Dr. Sorensen inquiring about arranging some lab work with ███ and possibly getting another mold of my teeth in order to make some major corrections.

**June 22, 2009:** I received an email from Dr. Sorensen indicating that any changes in my teeth at this point he would be doing on me in the operatory. Therefore, I knew it would be more of the same.

## CANCELLATION OF LAST APPOINTMENT

On **June 22, 2009**, I called Dr. Sorensen's office and canceled the only remaining appointment we had previously set up. I did not set up another appt. at this time.

On **July 2, 2009**, Vangi called me and left a message on my phone to set up my next appt. with Dr. Sorensen. A little later I returned her call, and I talked to Vangi. I said I wasn't happy with Dr. Sorensen's work and I was trying to figure out what to do next. And she said OK, and when I figure

*page 8*

**20**

that out, she will let me know how much their fee is so far.... and that will be subtracted from the total my parents had paid them. And then she said that in this kind of situation, they charge by "chairside hours." I then asked her how much that was, and Vangi said it was **$700 per chair hour.** I couldn't believe it, and I said, "we'll see about that."

## SUBSEQUENT COMMUNICATIONS WITH DR. SORENSEN

On **August 24, 2009,** I sent Dr. Sorensen a letter requesting all of the items of my dental case. I told him I would come by his office on August 31st in order to pick up these items.

On **August 31st,** I went to Dr. Sorensen's office and I picked up almost all of the items I requested, including a duplicate copy of my file and most of the molds I requested. I was presented with a settlement letter which I refused to sign.

On **September 22nd,** I sent Dr. Sorensen a letter requesting all of the photos he took of me, copied onto a CD.

On **October 20th, 2009,** I sent a letter to Dr. Sorensen explaining why I was leaving his care. In this letter I was requesting a full refund. I gave him 10 days to respond to this letter.

On **November 16, 2009,** I sent Dr. Sorensen a letter requesting his insurance information . I gave him 3 days to respond to this letter.

**Dr Sorensen made no attempt to contact me regardless of all of my requests for him to do so - until over a year later, in February 2011, after my Dental Board interview.**

## CHANGE OF BUSINESS NAME

On **October 30th, 2009,** I received a call from a friend of mine who had gone to Dr. Sorensen earlier in the year for a very small procedure. She said that she had just received a letter from Dr. Sorensen indicating that he was narrowing his specialty and therefore he would no longer be doing regular prosthodontics or general dentistry. She brought this letter in to me, and in this letter he referred the recipients of the letter to a list of 4 other dentists. Dr. Sorensen did not send me one of those letters. Now Dr. Sorensen's business (in the same location) is called **"ClearChoice" Dental Implant Center** and the case with me from his previous business, **"Pacific Dental Institute"** was left still pending, with no communications about this business change to me. He still has all the money given to him for my entire dental project.

## OTHER DENTAL CONSULTS

On **May 28, 2009,** I had a consultation with **Dr.** ██████████ who is a dentist who works close to where I work. I told him that I was having some very serious concerns about the communications and the work that Dr. Sorensen was doing, and that the work so far was only the beginning of this huge project. He thought it would be best if I go back to Dr. Sorensen and to do my best to work it all out with him, since he was the one who began this project. It was the following week that I did return to Dr. Sorensen.

*page 9*

*21*

On **June 25**, I had an initial consultation with **Dr.** ██████████ This was a mini-consult, and we sat at a table and discussed the situation. He said his cost to do "full mouth reconstruction" is $45,000. And even though some work had been done, there would be only a minimal discount from this total for him to take over the project and start on my teeth at this point. We looked over some books on cosmetic dentistry which illustrated all kinds of details of the shape, color, and texture of teeth. He explained that he works very closely with his clients to get all of the details just right, and he explained that these books were extremely useful in communicating and clarifying dental goals. He invited me back for another consultation after I had some time to think things over.

On **July 1, 2009**, I had a consultation with **Dr.** ██████████ I told him a summary of the current state of my teeth and he looked at my smile and checked all of my teeth. Since I had been going to Dr. Sorensen, who is a Prosthodontist, he decided to refer me to another prosthodontist, whom he knew, namely, ██████████

On **July 27ᵗʰ, 2009**, I had a consultation with ██████████ . I told him my story in brief. He said he was willing to "roll up his sleeves for me." He seemed to understand the pickle that I was in, especially due to the fact that I needed to get my money back in order to proceed. We communicated that some of my temporary restorations were now loose, which was very dangerous, and he said he would be willing to glue them back in. His assistant took **full-mouth x-rays.**

On **August 7ᵗʰ, 2009**, I had a follow-up consultation with ██████████ Today he said that all of this is very expensive, and his profit margin is pretty narrow, but in my case he would be willing to give me 10% off. He then walked me up to the desk to meet with his office manager about the cost. She showed me his treatment plan for me, after subtracting 10% off the total cost. This total came to **$45,972.90.** I cried.

On **August 10ᵗʰ, 2009**, I had another appt. with ██████████ Financially, all I could do at this point was to have him take a **mold of my current teeth** and to **glue in any loose temps.** It turned out that today he had his assistant do this. ██████ came in to the room and informed me that since it may be a long time until I am financially able to move forward with this project, it was important that the adhesive that was used to glue in the 3 loose sections of temps be of "medium" strength adhesive. I said OK to this.

On **September 22, 2009**, I had a consultation with **Dr.** █████ I told him a brief summary of my story, and he looked over my teeth. He showed me some pictures of his patients' teeth that he had done. I was impressed with his work on other patients and with his ability to communicate clearly. He wanted to see all of the molds of my teeth, and so later in the day I returned to his office and sat with him while we looked over all of the molds. He was very thoughtful and he would want to make a very careful plan to get my bite just right if he took on my case. He said he would only be willing to take my case within 6 months of the installation of my current temps. These temps were installed in May/June of 2009.

On **September 25ᵗʰ, 2009**, I had a consultation with **Dr.** ██████████ whom I found because he
████████████████████████████████████████████
██████████████████████ . I told ██████████ my story in brief, and he and his assistant performed a dental exam on me, and he then looked over all of my molds. He did not seem to be comfortable with the idea of taking this case.

*page 10*

**22**

**OREGON BOARD OF DENTISTRY**
1600 SW 4TH Avenue, Suite 770
Portland, Oregon 97201
Telephone 971-673-3200
Fax 971-673-3202



## COMPLAINT FORM

*Please type or clearly print your concerns on the back. Use additional pages as*
*necessary to explain the issues involved in your complaint.*

Full Name of Licensee: _John A. Sorensen, DMD PhD_

Clinic Name: _Clear Choice_          City: _Portland_

Your Name: _Jackie Pinch_          Day Phone: _(503) 699-1717_

Address: _40 Crestfield Ct._          Alternate Phone: _Same_

City: _Lake Oswego_          State: _OR_   Zip: _97035_

Patient's first and last name: _Jackie Pinch_

Age of patient, if a minor when treated: _____

**NOTE:**

The Oregon Board of Dentistry regulates the practice of dentistry and dental hygiene in Oregon. The Board can discipline a licensed dentist or hygienist who violates the law. **The Board does not have jurisdiction over:   Fees, personality conflicts, rude behavior, or the scheduling of appointments.**

The Oregon Dental Association has a Peer Review Process. That process is confidential and available provided the complaint falls within peer review guidelines. For more information about this process and its guidelines, contact the ODA Peer Review Director at 1-800-452-5628 or 503-218-2010.

Dated: _Jan 15/2010_ By _Jacqueline Pinch_
                                        Signature

11/1/2007

**23**



**Oregon**
Theodore R. Kulongoski, Governor

**Board of Dentistry**
1600 SW 4th Avenue
Suite 770
Portland, OR 97201-5519
(971) 673-3200
Fax: (971) 673-3202
www.oregon.gov/dentistry

January 29, 2010

JACQUELINE PINCH
40 CRESTFIELD CT
LAKE OSWEGO OR 97035

Re:     Case No. 2010-0129

Dear Ms. Pinch:

The complaint you filed with the Board has been received and assigned the above case number. The case will be assigned to one of our investigators who may contact you for further information.

You will be notified if the Board takes disciplinary action. In deciding upon discipline, one of the many options available to the Board is the awarding of restitution, however, the resolution of a complaint does not guarantee any damages will be awarded to you. In addition, you are free to seek all options available to you legally.

You will be notified when the Board takes final action on this matter.

If you have any questions, please feel free to contact Dental Director Paul Kleinstub, D.D.S., at (971) 673-3200.

Sincerely,

Daryl E. Ross
Investigator

*24*



**Board of Dentistry**
1600 SW 4th Avenue
Suite 770
Portland, OR 97201-5519
(971) 673-3200
Fax: (971) 673-3202
www.oregon.gov/dentistry

John A. Kitzhaber, MD, Governor

May 5, 2011

JACQUELINE PINCH
40 CRESTFIELD CT
LAKE OSWEGO OR 97035

Re:   Case No. 2010-0129

Dear Ms. Pinch:

The concerns that were raised in the above matter have been thoroughly investigated and reviewed by the Board in accordance with the provisions outlined in ORS 676.165 Complaint Investigation. On April 15, 2011, the Board voted to close the matter with No Violation of the Dental Practice Act.

ORS 676.175(1) requires health professional regulatory boards to keep confidential and not disclose to the public any information obtained as part of an investigation.

Thank you for your cooperation.  If you have any questions, please feel free to contact the Board's Dental Director/Chief Investigator, Paul Kleinstub, D.D.S., at (971) 673-3200.

Sincerely,

Patrick D. Braatz
Executive Director

lw

*25*

 **Pacific Dental Institute**

**John A. Sorensen, DMD, PhD**
Diplomate, American Board of Prosthodontists

drjohn@pacdent.com
**503-639-5599**
12750 SW 68th Ave. Portland, OR 97223

March 18, 2009

Mr. Jackie Pinch

Dear Ms. Pinch:

I am so glad that we will be able to start all of the treatment over again so that we can achieve an optimal result for you. I want to change the contours and proportioning of the front teeth to improve the esthetic result. Because the design of the back teeth is dependent on the shape, length and bite of the front teeth I will have total control of all factors for your full mouth rehabilitation. We will also open your bite slightly more than where you currently are with the bonding material building up the biting surfaces of the back teeth.

A general description of your treatment is as follows:
1. First appointment for esthetic analysis, analysis of your bite, impressions for study models and jaw relations.
2. My technician will place your study models on an articulator and we will buildup the teeth in wax to design the esthetics, bite and function. The wax-up serves as the three-dimensional blue print for the design of your teeth. We then duplicate the wax-ups in stone and make matrices used for design of the tooth preparations in the clinic and fabrication of your temporary restorations in the laboratory.
3. On the first full day we will work on the lower jaw and cut off the existing ceramic restorations, modify the front tooth preparations and prepare the back teeth. I make two impressions at around 12:00 and then my technician will fabricate the arch of temporary restorations out of acrylic in the laboratory. Later in the afternoon we will adjust and cement the lower arch restorations.
4. Within a week we will have the second first full day to work on the upper jaw and cut off the existing ceramic restorations, modify the front tooth preparations and prepare the back teeth. The same procedures are followed to make the upper arch temporary restorations.
5. In the next 4 weeks we would see you for some short appointments to check the bite and get your feedback on the design of the teeth. I have found that the temporaries are the best means of communicating with you what you like and what you want to change in the design of the restorations. This is the time to speak up because additions and subtractions are easily

*Document 4-A*

**26**

made in the acrylic material. Hopefully, we can get the design of the temporaries so that you will say – this is what I want my teeth to look like.

6. We will then have a half-day appointment to make final impressions of the lower arch. The lower jaw is numbed up, the temporaries removed, two final impressions made, jaw relations made and the temporary restorations recemented.

7. Approximately 3 weeks later we will spend the day adjusting, delivering and cementing the lower arch of ceramic restorations.

8. In about a week we repeat the half-day of final impressions for the upper jaw.

9. 3 weeks later we will spend the day adjusting, delivering and cementing the upper arch of ceramic restorations.

10. One to two weeks later we will see you for a follow-up visit to check the bite and make a night guard. About a week later we will deliver the night guard.

Of course there are a lot more details and procedures that are done during the above appointments but this will give you a pretty good idea of what is involved at the appointments. This type of work is one of the most satisfying things I do. For me this will be lots of fun to make the transformation for you.

Please do not hesitate to ask any questions that you may have about your treatment.


Sincerely,

John


**John A. Sorensen, DMD, PhD, FACP**
**Diplomate, American Board of Prosthodontists**


Document 4-A


27



Pacific
Dental
Institute

May 28, 2009

Ms. Jackie Pinch
40 Crestfield Court
Lake Oswego, OR 97035

Dear Jackie:

I am a little surprised at our conversation on May 25th regarding your decision to cancel your appointment on Wednesday, May 27th. Although I can appreciate your concerns about my decision to release one of my technicians, the ultimate decision and responsibility for the outcome of your restorations is solely mine. Please keep in mind I have been completing cases like yours for nearly 25 years. The recently released technician only worked for me for one year. I have extremely high standards. I'm the one who directs reshaping and coloring of tooth restorations; it is my work and input that makes the outcome awesome.

Permit me to recap our relationship thus far:

1)  You came to us because you lost confidence in Dr. ████████s ability to complete your restoration. You believed he didn't understand the concept of using dentin bonding agents. You reported that you did not get to approve Dr. ████████ porcelain restorations before he cemented them. Further, you said the restorations were too gray. According to our notes, you stated you only completed $14,000 of the approximate $30,000 treatment plan he outlined for you. We met for our first consultation on February 20, 2009.

2)  Prior to conducting the preparation for the upper (maxillary), you indicated you wanted to have some input for the upper design of your teeth. You spent 1.5 hours with ████ ████ complied with your requests for changes to the diagnostic waxup, however, he stated that although he made your teeth broader at the gumline and filled in the spaces between the teeth. He told you that there may be restrictions due to the actual size and height of the teeth in your mouth and how it would actually fit. He explained to you that Dr. Sorensen would have to determine that design on the day of preparation.

3)  On May 18, 2009, we prepared your lower (mandibular) teeth. You were the only patient and you were in the chair from 9:00 a.m. to 7:30 p.m. (with a 2 hour recess).

4)  On May 21, 2009, you were in the chair from 9:00 a.m. to 10:00 p.m. with a two hour break. You kept insisting that you wanted the teeth exactly like the waxed up model you designed. When I placed the new temporaries you said that the front teeth were too pointy. You insisted that the neck of the teeth be a specific width to make the teeth look more square at the gumline. However, again I must reiterate that it has to

12750 S.W. 68th Avenue . Portland, OR 97223
Phone: 503-639-5136 · Fax: 503-620-0187

Document 4-B

28

JACKIE PINCH
May 28, 2009
PAGE TWO

    4. (continued)
    be within the confines of where your teeth are naturally against the gums and cannot exceed that
    space without compromising your gum health. You claim your previous teeth were more
    comfortable even though they overlayed your tissues and were slightly inflamed below the
    gumline. You also called in while we were making the upper temporaries and said you wanted
    them a whiter and brighter bleaching shade. We made them OM1 opaque white bleaching
    shade. I placed a second layer of an enamel shade at the edges of the teeth which normally
    creates beautiful esthetics. However, with the extremely white opaque bleaching color the
    second layer enamel shade looked yellow.  I told you that I was unhappy with the appearance
    of the upper front temporaries and that at the next appointment we would fix that. Frankly, by
    9:30 to 10:00 p.m., I was too tired to do anything more that night.

My concerns are:

    1)      That although both I ▮▮▮▮my technician, and I have stated repeatedly that we are happy to
            comply with your specific requests for your restorations, your final teeth need to be
            completed within the biologic confines of the actual space occupied by your teeth and
            tissues. There are gum health reasons your teeth cannot be built over your gums; doing so
            encourages bacteria and ultimately cause serious periodontal disease, damage to your gums,
            bone and teeth.  Further, the thickness of the new teeth have to be able to fit against your
            lips properly but be thick enough to make the radical color change you are after.
    2)      You seem determined to design your teeth exactly as you want them.  Yet, I'm expected to
            make them work even though what you may be asking for isn't possible.  Complying with
            all of the requests and directions you have outlined thus far could potentially lead to dental
            mal-practice and as the patient, you would suffer the  negative consequences.
    3)      During our appointments, you continually voiced concern that I was grinding off too much
            tooth structure. Fortunately for both of us, I filmed the entire process and it will
            demonstrate that I only removed what was placed there by another doctor and a small
            amount around the gingival area to enable me to achieve the huge color change to the
            whitening shade color of Bleach 020.  Laying the color you have requested would be dark
            around those edges and you would be dissatisfied with the final outcome.  For me,
            conserving tooth structure whenever possible is the rule I live by

I take pride in the results I achieve for my patients.  It is my regret that you have not given me the
additional appointments and the time required to complete a good job for you. Working with the
temporaries, especially for a patient like you where we are redoing 12 units and making a huge
color and a form change is an iterative process taking up to 3 additional appointments to perfect
your temporaries.  I am willing to let you dictate the design as long

*Document 4-B*

*29*

JACKIE PINCH
May 28, 2009
PAGE THREE

as it is compatible with your actual bite, tissue and tooth structure and will guarantee good long term dental health.. As much as I want to please you, I am unwilling to compromise my work professionally or ethically.  I hope you understand my position and let me complete the process the way I have done it the last 25 years.

Sincerest regards,


John A. Sorensen, DMD, PhD
Diplomate, American Board of Prosthodontics

*Document 4-B*

*30*



Pacific
Dental
Institute

August 31, 2009

Ms. Jackie Pinch
40 Crestfield Court
Lake Oswego, OR  97035

Dear Ms. Pinch

I am in receipt of your request to discontinue services. Honestly, this is a
confusing turn of events since I thought your issues were resolved on June 2,
2009 and we were moving forward to complete your restorations. There were
still several appointments scheduled to modify the temporaries per your
request.

On June 22, 2009, Vangie informed me that you wanted to sit with ███ to
make changes to the waxups. Based on the last experience in May when you
directed ███ I determined it would be best  I do the work on waxups. When
you sat with him last time, you directed him to make the necks of the teeth
wider. He was unable to keep the design within resonable biologic countours
and I spent a lot of practice chairtime to reshape them so they would fit. As the
prosthodontist, it is my responsibility to make those design decisions and
communicate changes to my technician.

Based on the clinical notes and all of the email communications (which are
attached), the teeth design you wanted kept changinng. You would ask me to
lengthen them and we did, then you would ask to have them returned to their
original size. Further, you often insisted on having the neck areas of the teeth
near the gum tissues to be wider and more square.  This results in the
restorations being overcontoured and uncleanseable leading to long-term gum
disease. To fulfill your wishes would have ultimately been malpractice.

As Vangie explained to you on July 2, our office policy in cases like yours is to
charge $700 an hour for practice chairtime. This time will not include the time
spent corresponding with you, planning your case, my time to work on your
waxups and to remake your upper temporaries nor the hours spent by ███ to
alter your labwork/waxups and work with you. Additionally, we are waiving the
normal fee of $150 for the cost to fulfill your request for the extensive

Document 4-C

31

Ms. Jackie Pinch
August 31, 2009
Page Two

duplication of your entire file, i.e. duplicating photos on CDs, printing chartnotes, copying xrays, coping chart, downloading photos and copies of the eight models you requested. The following represents the dates and times my chairtime was devoted solely to you and your case:

|  | Hours |
|---|---|
| Friday, March 20, 2009 - Diagnostics | 1.5 |
| Tuesday, March 12, 2009 – Prepare Mandibular | 10 |
| Monday, May 18, 2009 – Prepare Maxilliary | 13 |
| Thursday, June 4, 2009 – Adjustments to Temporaries | 2.5 |
| Wednesday, June 17, 2009 – Adjustments to Temporaries | 2 |
| | |
| Total Practice Chairtime Hours | 29 |

As I have invested over 29 clinical hours (which excludes your first office visit) on your case before you decided to end our relationship, in accordance with our office policy, the cost at $700 is $20,300. Of the original $37,215 quoted for the agreed treatment plan. I gave you a total payment discount of $3,701 for a net balance due of $33,314.  I received $33,314 ($16,657 from ▮▮▮▮▮▮▮▮ and $16,657 from ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  The balance left is $13,014.

In signing this agreement you acknowledge that you:  (1) officially ended our relationship before the completion of your aesthetic restoration; (2) you left my care while you were still in temporaries; (3) you resign your rights to any further treatment by me or any doctor of Pacific Dental Institute effective immediately; and (4) that you hold me and the entire staff at Pacific Dental Institute harmless of any liability and/or responsibility in connection with any and all of your dental care.

If you agree to this settlement, please sign two copies of this letter; keep one for your files and return one for our records. Once executed and received by Vangie, she will issue you a check $13,014 for the balance remaining on your ledger.

Sincerely

John A. Sorensen, DMD, PhD
Board Certified, American College of Prosthodontics

Acknowledged and agreed:

_____    _____
                Ms. Jackie Pinch                              Date

*Document 4-c*

**32**



Pacific
Dental
Institute

October 28, 2009

I am writing to inform you of the exciting and momentous changes happening at Pacific Dental Institute. We have been given the opportunity to become the region's premiere specialty implant center. Our new practice will focus on giving people with major dental problems a chance to acquire a great smile. To do this, we will implement the latest scientifically-sound techniques in surgical and restorative dentistry which employs the best implant technology available. This is an exciting time for us and we look forward to pursuing this new direction. To that end, my practice will begin this transition in November.

Teaming up with me, I am pleased to welcome █████████████████████████.
He will help to convert our practice to a full-service dental implant facility. His professional expertise and training will ensure that we provide the highest level of medical/dental care in the region.

Because of the new direction of the practice, I will no longer offer traditional prosthodontic and general dental services. It is with great regret that I will have to refer you to another general dentist or prosthodontist for your continued dental care. I believe each of the doctors listed on the attached sheet are exemplary dental professionals.

Additionally, the hygiene program will end effective October 31, 2009 with █████████moving to █████████ fulltime. As you are well aware, █████ is a top-notched hygienist and has been an excellent member of our staff. We will miss seeing her on a regular basis. As I am unfamiliar with the dentist(s) at █████████ I can offer no opinion of their skill level. However, if you want her to continue to be your hygienist, her number is █████████

At this time, I want to extend my sincerest gratitude for choosing me to be your dentist and entrusting me with your dental treatment. One of the most enjoyable aspects of my practice has been establishing relationships with you and taking the time to discuss all facets of each of our lives and the world in general. I will miss that and miss seeing you. I am grateful for the opportunity to know you.

Warmest personal regard,

John A. Sorensen, DMD, PhD
Diplomate, American Board of Prosthodontics

Attachment

12750 SW 68th Avenue  ·  Portland, OR 97223
Phone: 503-639-5599  ·  Fax: 503-620-0187

*Document 4-D*

**33**

Gmail - new information                                    https://mail.google.com/mail/?ui=2&ik=ccc7be24/&view=pt&q=M



Jackie Pinch <jpinch25@gmail.com>

# new information

1 message

**Jackie Pinch <jpinch25@gmail.com>**                    **Wed, Mar 2, 2011 at 7:49 AM**
To: Michelle Lawrence <Michelle.Lawrence@oregondentistry.org>

Hi Michelle,

The attached note is some information that recently came up and I thought I should send it
to you, regarding this case.

Thank you,

Jackie Pinch

 **March 2, 2011 Note to Michelle at Dental Board.docx**
13K

*Supporting Document 4-E*

**34**

March 2, 2011

Dear Michelle,

On February 18, 2011 Dr. Sorensen called me out of the blue, and he told me he was sending me a check. I was not interested in talking to him and I did not inquire as to what amount he was offering me. He said he was going to send it anyway and that he did not care what I do with it. I then said," bye," and I hung up the phone.

On February 22nd I received his letter with an enclosed check, written out to me for $16,657. I then sent him two separate short replies, including the return of his check back to him.

Today I will mail to you copies of this correspondence.

Thank you,

Jackie Pinch

*Supporting Document 4-E*

**35**



**Pacific
Dental
Institute**

February 18, 2011

Ms. Jacqueline Pinch
40 Crestfield Court
Lake Oswego, OR 97035

Dear Ms. Pinch:

I reviewed your records and noted that you signed a treatment plan document acknowledging our policy of paying 25% of the total fees to start treatment, 25% on tooth preparation of the upper jaw, 25% on tooth preparation of the lower jaw, then 12.5% on cementation of each arch of restorations. Since we were 75% of the way completed when you refused to continue my care, I think that our offer to refund 39% of your fees was fair. I offered you a 10% discount if you paid for all treatment in advance. In view of your lengthy search interviewing at least five other dentists to take over your treatment and after serious consideration I would like to extend the following offer. In August 2009, I originally offered you a refund of $13,014 or 39% of the total fee. You refused it out of hand. However, in order to help you get your treatment completed by another dentist I am giving you a 50% refund of the $33,314 paid toward your full mouth rehabilitation. Kindly find enclosed Check #302949 in the amount of $16,657.

The treatment that I provided you was above the standard of care. I am sorry that despite the many hours of preparatory work by myself and my technicians as well as 29 hours of our chair-time that we were not able to satisfy your esthetic desires and unperiodontally sound restoration design wishes. Best wishes in locating a practioner that meets your expectations.

Sincerely,

John A. Sorensen, DMD, PhD
Diplomate, American Board of Prosthodontists

cc: ███████████

12750 S.W. 68th Avenue . Portland, OR 97223

*Document 4-E*

**36**



Document 4-E

37

Certified Mail
Return Receipt Requested


February 22, 2011

Dr. John Sorensen
ClearChoice Dental Implant Center
12750 SW 68th Avenue
Tigard OR 97223


Dear Dr. Sorensen,

At this time, I am awaiting the decision of the Oregon Board of Dentistry regarding this case.

In reference to all future correspondence with me, please address only myself until further notice. ███████████████████████ are no longer involved with these proceedings as I am managing this dental account.

Sincerely,

*Jacqueline Pinch*

Jacqueline Pinch


c: ██████████████████


*Supporting Document 4-E*

**38**

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

February 24, 2011

Dr. John Sorensen
ClearChoice Dental Implant Center
12750 SW 68th Avenue
Tigard, OR 97223

Dear Dr. Sorensen,

Enclosed is your check in the amount of  $16,657  which I am returning to you.

Sincerely,

*Jacqueline Pinch*

Jacqueline Pinch

enclosure

c:  ▮▮▮▮▮▮▮▮▮▮▮▮▮

*Supporting Document 4·E*

*39*

August 24, 2009

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

Dear Dr. Sorensen,

On July 2nd, I notified Vangi that I would no longer be working with you on my dental case. I now need to transfer this case to another dentist to take on this huge project and the reconstruction of my teeth. I have a long road to correctly complete this project.... so much work is ahead, and some of this work that has already been done will have to be re-done. In order to most safely and accurately proceed with my case, my new dentist will need all of the items of the case and the case file from your office. Presently, I will be the custodian of all of the dental items and the case file. I now need to receive from you everything relating to my case including the following:

Duplicate copies of all Xrays of mine held by your office.

Items I brought to your office from Dr. ▇▇▇▇ office before your initial consultation:
1. CD of "Before" pictures
2. Duplicate cast before any dental work began
3. Duplicate cast after Dr. ▇▇▇▇ temporaries were placed on front teeth
4. Print-out of gum pocket measurements

Items originally made in your office:
1. Duplicate cast of teeth before you began any work, taken on March 20, 2009
2. Duplicate casts of prepped lower and upper teeth taken on May 12th and May 18th
3. Duplicate casts of my lower and upper teeth taken at the end of the day on May 12th and May18th
4. Duplicate cast of upper teeth that I worked on with your technician, ▇▇▇ on May 11th.
5. My full dental records and my dental file produced and maintained by you and your office

Your written estimate of the cost of your work done on my case ending on June 22, 2009.

I will come by your office on the afternoon of Monday, August 31st in order to pick up all of the above items.

Sincerely,

*Jacqueline Pinch*

Jacqueline Pinch

*Document 5-A*

*40*

August 24, 2009

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

Dear Dr. Sorensen,

On July 2nd, I notified Vangi that I would no longer be working with you on my dental case. I now need to transfer this case to another dentist to take on this huge project and the reconstruction of my teeth. I have a long road to correctly complete this project.... so much work is ahead, and some of this work that has already been done will have to be re-done. In order to most safely and accurately proceed with my case, my new dentist will need all of the items of the case and the case file from your office. Presently, I will be the custodian of all of the dental items and the case file. I now need to receive from you everything relating to my case including the following:

Duplicate copies of all Xrays of mine held by your office.

Items I brought to your office from Dr. ███████ office before your initial consultation:
1. CD of "Before" pictures
2. Duplicate cast before any dental work began
3. Duplicate cast after Dr. ███████ temporaries were placed on front teeth
4. Print-out of gum pocket measurements

Items originally made in your office:
1. Duplicate cast of teeth before you began any work, taken on March 20, 2009
2. Duplicate casts of prepped lower and upper teeth taken on May 12th and May 18th
3. Duplicate casts of my lower and upper teeth taken at the end of the day on May 12th and May 18th
4. Duplicate cast of upper teeth that I worked on with your technician, ███ on May 11th.
5. My full dental records and my dental file produced and maintained by you and your office
    *without reading these, I think the records (written) seem complete*
Your written estimate of the cost of your work done on my case ending on June 22, 2009.

I will come by your office on the afternoon of Monday, August 31st in order to pick up all of the above items.

Sincerely,

*Jacqueline Pinch*

Jacqueline Pinch

*The above checked off items*
*were received.*
  *Jacqueline Pinch  Aug 31/2009*

*✳ Please see attached copy of e-mail*
*sent Aug 28 requesting a CD of "before"*
*pictures you took & me and my teeth*
*on Feb 20, 2009. I still need this*
*item. Please send it to me in the mail*
*as soon as possible.*

Document 5-B

41

September 22, 2009

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

Dear Dr. Sorensen,

In addition to the things I have already received from your office on August 31, 2009, I am now sending you an official request for all of the photos you took of me, copied onto a CD. This includes all of the "before" pictures taken of me on February 20, 2009, and all of the pictures you took of me on May 12, May 18, and June 4. All of these photos are very important in order to safely, accurately, and aesthetically proceed with this huge project. Please send this CD to my home address as soon as possible. Thank you.

Sincerely,

Jacqueline Pinek

Document 5-c

42

<u>Certified Mail</u>
<u>Return Receipt Requested</u>

October 20, 2009

Dear Dr. Sorensen,

As you know, I am in the process of transferring my dental project to another dentist. Unfortunately from my experience in your office, things did not go as expected and it is necessary to work with another dentist who will take on this huge project and the reconstruction of my teeth. I came to the conclusion that under your care I was going to be unable to reach a successful result.

Listed below are four major conflicts that made it necessary to pursue another dentist:

1) The temporary restorations that you installed in my mouth created an incorrect bite. Most of the weight of my bite is presently on the front teeth which are extremely vulnerable to shifting and breaking. I have to constantly work to keep the front teeth from connecting too forcefully for this reason.
2) My upper front temporary teeth now have a large overbite, which exactly contradicts our agreed upon initial goal of bringing in my bite.
3) Aesthetically these temporary teeth are unacceptable.
4) In the last two appointments I had with you which were to adjust the temporaries, the above aspects were made worse.

Regarding the settlement letter I received from you on August 31st and which I refused to sign, it is unconscionable that you are offering only $13,014 out of the total amount paid to you of $33,314. The amount of $700 per hour of chair time has no application in this case because at no time prior to July 2nd was any per hour charge ever mentioned or made aware to me. On July 2nd when Vangi mentioned this amount "per chair hour" I couldn't believe it and it is nothing I ever would have agreed to.

Here is a listing of what lies ahead for me in this process:

1) Continue research and consulting with other dentists in order to most accurately choose an excellent dentist to whom I will transfer this case as soon as possible.
2) The new dentist will need to re-design all new temporaries in order to correct the bite and the aesthetics. And with 28 teeth already prepped, establishing a correct bite will be especially challenging.
3) Once the temporaries are right, final impressions will be taken.
4) All of the 28 permanent crowns (and veneers, if any) will then be made in a laboratory.
5) All of the permanent restorations will be placed.

I found a very direct and important piece of writing that clearly states the profound importance of the technical work on this kind of project:

*Document 5-D*

*43*



Because so many things went wrong while I was in your care, it was clear that I needed to transfer this case to another dentist in order to halt this downward spiral, re-design new temporaries, correct my bite, and move forward with the entire project as soon as possible. There are now more risks regarding the health of my gums under these temporaries, the possibility of leaks in these temps causing teeth vulnerability, and the fact that my bite is entirely incorrect. Therefore, it is necessary for me to redeem the entire amount paid to you of $33,314 in order for me to afford to pay my next dentist to take on this case and reach a successful result. With the return of these funds, I will then sign a release form releasing you of any further liability.

Please mail a check in the amount of $33,314 to  who will manage this dental account. ███████ address is:

I regret that this was the course of events that have lead to this conclusion. I will need to hear from you within 10 days from the date of this letter.

Sincerely,

Jacqueline Pinek

Document 5-D

44

Certified Mail
Return Receipt Requested

November 16, 2009

Dear Dr. Sorensen,

Regarding my letter to you dated October 20th 2009, you have not responded within the ten days that I requested.

This is a formal request for the name of your insurance company and your policy number in order to report my claim. If you have recently made any changes in your insurance, the information I am requesting would need to be that which is applicable to my case. Please provide this information to me within three days of this letter.

Sincerely,

*Jacqueline Pinch*

c: ▓▓▓▓▓▓▓▓▓
enc.

*Document 5-E*

**45**

**Treatment Plan**

**Patient:** Jackie Pinch
**Birthdate:**
**Provider:** John A. Sorensen DMD, PhD
    **Phone:** (503)639-5599
    **Office:** 12750 S.W. 68th Avenue
        Portland, OR 97223

**Chart #:** PI0010

**Date:** 02/20/2009
**SS#:**

| Ord | Th | Surf | Description | Fee |
|-----|----|------|-------------|-----|
| 1 | | | Diagnostic casts | 115.00 |
| 1 | | | Diagnostic Waxup | 500.00 |
| 1 | 2 | | Crown-por/cer subst | 1300.00 |
| 1 | 3 | | Crown-por/cer subst | 1300.00 |
| 1 | 4 | | Crown-por/cer subst | 1300.00 |
| 1 | 5 | | Crown-por/cer subst | 1300.00 |
| 1 | 6 | | Crown-por/cer subst | 1300.00 |
| 1 | 7 | | Crown-por/cer subst | 1300.00 |
| 1 | 8 | | Crown-por/cer subst | 1300.00 |
| 1 | 9 | | Crown-por/cer subst | 1300.00 |
| 1 | 10 | | Crown-por/cer subst | 1300.00 |
| 1 | 11 | | Crown-por/cer subst | 1300.00 |
| 1 | 12 | | Crown-por/cer subst | 1300.00 |
| 1 | 13 | | Crown-por/cer subst | 1300.00 |
| 1 | 14 | | Crown-por/cer subst | 1300.00 |
| 1 | 15 | | Crown-por/cer subst | 1300.00 |
| 1 | 18 | | Crown-por/cer subst | 1300.00 |
| 1 | 19 | | Crown-por/cer subst | 1300.00 |
| 1 | 20 | | Crown-por/cer subst | 1300.00 |
| 1 | 21 | | Crown-por/cer subst | 1300.00 |
| 1 | 22 | | Crown-por/cer subst | 1300.00 |
| 1 | 23 | | Crown-por/cer subst | 1300.00 |
| 1 | 24 | | Crown-por/cer subst | 1300.00 |
| 1 | 25 | | Crown-por/cer subst | 1300.00 |
| 1 | 26 | | Crown-por/cer subst | 1300.00 |
| 1 | 27 | | Crown-por/cer subst | 1300.00 |
| 1 | 28 | | Crown-por/cer subst | 1300.00 |
| 1 | 29 | | Crown-por/cer subst | 1300.00 |
| 1 | 30 | | Crown-por/cer subst | 1300.00 |
| 1 | 31 | | Crown-por/cer subst | 1300.00 |
| | | | **Sub Total:** | **37015.00** |

| | |
|---|---|
| **Treatment Plan Total** | 37,015.00 |
| **Estimated Deductible to be Applied** | 0.00 |
| **Estimated Insurance Payment** | 0.00 |
| **Estimated Patient's Portion** | 37,015.00 |

Document 6-A

46

**Treatment Plan**

**Patient:** Jackie Pinch

**Birthdate:**

**Provider:** John A. Sorensen DMD, PhD
**Phone:** (503)639-5599
**Office:** 12750 S.W. 68th Avenue
Portland, OR  97223

**Chart #:**PI0010

**Date:** 02/20/2009
**SS#:**

This treatment plan is a financial estimate based on your comprehensive examination. Fees quoted are guaranteed for 90 days only. From time to time, the treatment plan will be updated when new dental care is recommended.

Because appointments for full mouth restorations requires securing large blocks of the doctor's time, to commence a full mouth restoration, Pacific Dental Institute requires a 25% payment upon making the first appointment; 25% payment would be required for the tooth preparation of the the lower jaw; a 25% payment would be required for the tooth preparation of the upper jaw. Balance of payment due per arch (12..5% each) when lower and upper restorations are cemented.

Please be advised any treatment not listed on this treatment plan such as endodontic (root canals) or periodontal (bone-, sinus- or gum surgery) not listed on this statement will be an additional charge and due at the time the services are rendered. Further, if post and cores or buildups are not listed and required, due to loss of tooth structures, a separate fee will be charged and collected at the time the service is rendered.

In the event that temporary crowns need to be re-cemented an office visit fee will be charged after three courtesy visits.

Some patients with removable partial dentures sometimes have difficulty adapting to a removable appliance. Three adjustments visits are included with the initial fee. Additional adjustments will be billed as an office visit.

MISSED/CANCELLED APPOINTMENTS
Kindly contact our office 48 hours in advance to cancel your appointment to avoid a broken appointment charge of $100.

PAYMENT/INSURANCE POLICY
Fees for dental services are due when rendered.

PDI accepts Visa, Mastercard and Discover credit cards.

Fees for periodontal/oral surgery/implants/endodontics must be paid in full prior to scheduled surgery. 50% of fees for crowns and labwork are due at the time they are prepared; the remaining balance is due on the day the completed work is delivered. With the exception of dental services that require labwork, all services are due and payable when rendered.

As a service to you, we are pleased to submit your claim to your dental insurance with a request to reimburse insurance payment to you directly.

Acknowledged and Agreed:

Patient Signature (Responsible Party)          Feb 20/09.
                                               Date

Document 6-A

47



Pacific Dental Institute
12750 SW 68th Avenue
Portland, OR 97223

(503)639-5599

| PI0010 | 1 |

02/20/2009

Jackie Pinch
40 Crestfield Court
Lake Oswego, OR 97034

| Jackie Jackie | | | Comp oral eval-new/estab pat<br>Check Payment - Thank You Ch # 5215 | | 200.00 | -200.00 |

| 0.00 | | -200.00 | | 200.00 | | 0.00 |

©DENTRIX 1987-2005      OLWLX 1

*Document 6-B*

**48**

**Pacific Dental Institute**
12750 SW 68th Avenue
Portland, OR 97223

(503)639-5589

| PI0010 | 1 |
|--------|---|

04/07/2009

Jackie Pinch
40 Crestfield Court
Lake Oswego, OR 97035

| -33314.00 | | | | -33314.00 |
|-----------|--|--|--|-----------|

| Jackie | Tuesday - May 12, 2009 | 9:00 am | Prep Mandi |
| Jackie | Thursday - May 21, 2009 | 9:00 am | Prep Maxillary |
| Jackie | Wednesday - May 27, 2009 | 4:00 pm | Temp Checks |
| Jackie | Tuesday - June 2, 2009 | 1:30 pm | Final Impr |

©DENTRIX 1987-2005     DLWLK 1

*Document 6-C*

**49**



Pacific Dental Institute
12750 SW 68th Avenue
Portland, OR 97223

(503)639-5599

PI0010          1

03/30/2009

Jackie Pinch
40 Crestfield Court
Lake Oswego, OR      97035

$

PLEASE RETAIN THIS PORTION OF THE STATEMENT FOR YOUR RECORDS



| | | | 0.00 |
|---|---|---|---|
| 02/28/2009 | Balance Forward | | |
| 03/30/2009 | Check Payment - Thank You Ch # | Jackie | -16657.00 |
| 03/30/2009 | Check Payment - Thank You Ch # | Jackie | -16657.00 |

| 0.00 | -33314.00 | 0.00 | -33314.00 |

Insurance Estimates ("Ins. Est.") and "Please Pay" amounts based on insurance estimates are provided as a courtesy. In the event that your insurance carrier pays less than the estimated amount, you are responsible for the unpaid balance.

©DENTRIX 1987-2005      DLSTM 10

Pacific Dental Institute - 12750 SW 68th Avenue
Portland, OR 97223 (503)639-5599

Document 6-D

50

**Treatment Plan**

Patient: Jackie Pinch
Birthdate: 04/25/1960

Chart #: PI0010

Date: 03/30/2009
SS#:

Provider: John A. Sorensen DMD, PhD
Phone: (503)639-5599
Office: 12750 S.W. 68th Avenue
Portland, OR  97223

| Ord | Th | Surf | Description | Fee |
|-----|-----|------|-------------|-----|
| 1 | | | Diagnostic casts | 115.00 |
| 1 | | | Diagnostic Waxup | 500.00 |
| 1 | 2 | | Crown-por/cer subst | 1300.00 |
| 1 | 3 | | Crown-por/cer subst | 1300.00 |
| 1 | 4 | | Crown-por/cer subst | 1300.00 |
| 1 | 5 | | Crown-por/cer subst | 1300.00 |
| 1 | 6 | | Crown-por/cer subst | 1300.00 |
| 1 | 7 | | Crown-por/cer subst | 1300.00 |
| 1 | 8 | | Crown-por/cer subst | 1300.00 |
| 1 | 9 | | Crown-por/cer subst | 1300.00 |
| 1 | 10 | | Crown-por/cer subst | 1300.00 |
| 1 | 11 | | Crown-por/cer subst | 1300.00 |
| 1 | 12 | | Crown-por/cer subst | 1300.00 |
| 1 | 13 | | Crown-por/cer subst | 1300.00 |
| 1 | 14 | | Crown-por/cer subst | 1300.00 |
| 1 | 15 | | Crown-por/cer subst | 1300.00 |
| 1 | 18 | | Crown-por/cer subst | 1300.00 |
| 1 | 19 | | Crown-por/cer subst | 1300.00 |
| 1 | 20 | | Crown-por/cer subst | 1300.00 |
| 1 | 21 | | Crown-por/cer subst | 1300.00 |
| 1 | 22 | | Crown-por/cer subst | 1300.00 |
| 1 | 23 | | Crown-por/cer subst | 1300.00 |
| 1 | 24 | | Crown-por/cer subst | 1300.00 |
| 1 | 25 | | Crown-por/cer subst | 1300.00 |
| 1 | 26 | | Crown-por/cer subst | 1300.00 |
| 1 | 27 | | Crown-por/cer subst | 1300.00 |
| 1 | 28 | | Crown-por/cer subst | 1300.00 |
| 1 | 29 | | Crown-por/cer subst | 1300.00 |
| 1 | 30 | | Crown-por/cer subst | 1300.00 |
| 1 | 31 | | Crown-por/cer subst | 1300.00 |
| | | | **Sub Total:** | 37015.00 |
| A | 5 | | Clinic crown lengthen-hard tiss | 795.00 |
| A | 12 | | Clinic crown lengthen-hard tiss | 795.00 |
| A | 21 | | Clinic crown lengthen-hard tiss | 795.00 |
| A | 28 | | Clinic crown lengthen-hard tiss | 795.00 |
| | | | **Sub Total:** | 3180.00 |

*[handwritten: Payment of Restoration only]*

*[handwritten: Not included in prepayment]*

| Treatment Plan Total | 40,195.00 |
|----------------------|-----------|

*[handwritten: Document 6-E]*

*[handwritten: 51]*

Gmail - re: reviewing treatment plan                                       https://mail.google.com/mail/?ui=2&ik=...



Jackie Pinch <jpinch25@gmail.com>

## re: reviewing treatment plan

18 messages

**Dr. John Sorensen <drjohn@pacdent.com>**                    **Sun, Mar 1, 2009 at 6:12 PM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:

I apologize for not getting back to you sooner. Somehow I missed your email and I left for Chicago last Wednesday to lecture at a couple of meetings.
Anyway, for the $21,415 paid up front in cash would give you a 5% discount.
But, I must tell you that I have some reservations about doing only the back teeth and utilizing the existing front restorations. If I use what you currently have, there are some compromizes I will have to make. If I had full control by doing all of the restorations I could get a much nicer result. In fact, I want to redo the front teeth so badly that I would like to make the following offer. If we redo the front teeth and do the back teeth I will give you a 10% discount if paid up front.
I would love to do your whole mouth and get a magnificant result for you.
Finally, in my experience there is little to no chance of you needing root canals if we redo the front restorations. In my expereince with veneers and ceramic crowns we have to perform root canals in less than 1% of the teeth we retreat.

I hope you will seriously consider my offer.

best regards,

john

---

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Saturday, February 21, 2009 8:05 AM
**To:** "Dr. John Sorensen" <drjohn@pacdent.com>
**Subject:** reviewing treatment plan

Hi Dr. Sorensen,

It was really nice to meet you yesterday, and I know that all of us who need artificial teeth of all kinds are very fortunate to have you in our area.

Upon returning home from your office, I looked over your treatment plan for me and I realized that your estimate includes the cost of re-doing the front teeth, which would be ideal, I know. But for now, as we discussed, I would only be able to afford to do the rest of the teeth, excluding the front ones at this time. Are you comfortable with the front teeth structurally as they are right now regarding the bite in order to go forward with the rest? If so, and excluding these 12 teeth, the total then becomes $21,415. This would bring things closer to the ball park for us. Do you think this adjusted plan is the best use of our limited funds for this project? Also, we would be paying in cash, and you mentioned some sort of a discount..... is it a "paying in cash" discount? My Dad loves that sort of thing.

One note regarding the re-doing of my front teeth at this time is that I know there is a greater possibility of

Email page 1

**52**

root canals being needed once that procedure begins.  Also, I think that asking my parents to pay again for the re-doing of a big mistake made by Dr███████and the lab he uses would be simply unfair to my parents.

Thank you,
Jackie Pinch

---

**Jackie Pinch <jpinch@verizon.net>**                                    **Mon, Mar 2, 2009 at 9:30 AM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

Thanks for getting back to me.  And thanks for your enthusiasm and for your generous offer.  Bummer that I did not find you sooner, before Dr.███████began the work.  If I was able to afford to pay for this myself, I would absolutely give you the go-ahead to re-do the front and do all the rest of the teeth.  However, last year I had to ask my parents (divorced and both are now re-married) to split the cost of the project, which was going to be about $30,000 dollars.  They were shocked and reluctant at first, but soon got on board.  And now, as you know, the work that was done is not right, but about $14,000 dollars of theirs has already been handed over to this bad dentist whom I chose.  So now I can't bear to ask them for more than they had originally agreed on, and so that means that about $16,000 is what is left from the original estimate.

Would you be willing to do only part of this work that is needed at this point, in the range of $16,000 or so?  What about if you re-did the top 6 teeth, and then you did the next 3 teeth on each side of the top, and then one broken one on the bottom right?  What do you think of this idea?  Would you then be able to keep the rest of the teeth in alignment with composite material if I came in every 4 to 6 months to make adjustments to that material?  And then sometime in the future, with a stroke of luck, I will be able to afford to have you do the rest of my teeth.

Thank you,
Jackie
[Quoted text hidden]

---

**Jackie Pinch <jpinch@verizon.net>**                                    **Wed, Mar 4, 2009 at 9:10 AM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

Good news!!!  My Dad and Mum are now on board to fund this project in full, as you stated.  They will be paying you up front, and therefore will be able to take advantage of your 10% off offer, bringing the total to $33,313.50.  Fortunately, I did not even have to ask, and my Dad called me yesterday and he easily realized this is the best way to go forward at this point.  He then called my Mum and they are in agreement.

One thing my parents and I would like is a brief written summary of what will be happening in this procedure in layman's terms, just as a matter of curiosity and interest.

Also, I think I need a follow-up consultation with you in order to get your feedback on your plan for my teeth, to ask you some dental questions, and to review pictures of teeth and smiles.  I have complete confidence in you, and I look forward to working with you on this project.  Let me know how we now proceed and also whether you need my parents to come in personally to your office to sign forms, etc.

Email page 2

53

Talk to you soon,
Jackie
[Quoted text hidden]

---

**Dr. John Sorensen <drjohn@pacdent.com>**                                    **Wed, Mar 4, 2009 at 12:56 PM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:
Fantastic!
I'll write something up this weekend for you.
Please call my office to set up a consultation appointment.  Before the meeting, please let me know if there is
anything specific I need to have for you.
This will be great!
John

---

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Wednesday, March 04, 2009 9:12 AM
**To:** drjohn@pacdent.com
**Subject:** Re: reviewing treatment plan
[Quoted text hidden]

---

**Jackie Pinch <jpinch@verizon.net>**                                    **Mon, Mar 16, 2009 at 11:53 AM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

I just wanted to check on whether you received my most recent email or whether it was lost in the internet
ether.  I sent this email last Thursday and it included my parent's addresses.  I'm looking forward to hearing
from you.

Thank you,
Jackie
[Quoted text hidden]

---

**Dr. John Sorensen <drjohn@pacdent.com>**                                    **Wed, Mar 18, 2009 at 6:20 AM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Good morning Jackie:

Attached is a description of your treatment.
Let me know if you have any other questions.

Looking forward to seeing you on Friday.

**John**

John A. Sorensen, DMD, PhD
Director,

Email page 3

54



**Jackie Pinch <jpinch25@gmail.com>**

## teeth project
1 message

**Jackie Pinch <jpinch@verizon.net>**
To: "Dr. John Sorensen" <drjohn@pacdent.com>

Thu, Mar 12, 2009 at 8:24 PM

Hi Dr. Sorensen,

I was just wondering if you have had a chance to write up a brief summary of the procedure/plan for my teeth. When you have a chance to write this up, my parents and I are keen to read it. I will be seeing you on April 6th for my follow-up consultation, and I'll be sure to let you know ahead of time if there is anything that may need some preparation, as you suggested. Please let us know when my parents can go ahead and pay for this project, and then I'll be able to begin to schedule the appropriate appointments into your busy schedule.

Here are the addresses and phone numbers of me and my parents:

Jackie Pinch
40 Crestfield Ct.
Lake Oswego OR 97035
(503)699-1717

Thank you!
Jackie

*Email page 4*

*55*

Pacific Dental Institute
12750 SW 68th Ave.
Portland, OR 97223

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Monday, March 16, 2009 12:54 PM
[Quoted text hidden]

[Quoted text hidden]

📑 **Pinsch Tx Description 09-3-18.doc**
    34K

---

**Jackie Pinch** <jpinch@verizon.net>                                  **Thu, Mar 19, 2009 at 7:14 AM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

Thanks for the really good summary of my upcoming teeth project. I printed off a couple of copies of your summary and today I am mailing them to my parents. Also, I included a letter to them explaining how we arrived at the final cost, with 10% off the original estimate, specifically $33,314 (rounding up a bit). And then dividing this total by 2, the total financial undertaking for each of them will be $16,657.

Regarding my upcoming consultation on Friday, I wrote down some questions and I think they will be easy for you to answer. The only things I can think of that may require a little notice is that I would like to hear what you really think of my current front teeth, your general plan for the esthetics for my new teeth, and I'd like to see some pictures of smiles that you think look really great.

See you Friday!
Jackie
[Quoted text hidden]

---

**Jackie Pinch** <jpinch@verizon.net>                                  **Mon, Apr 13, 2009 at 8:47 AM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

It was good to sit and talk with you last week regarding the wax-up and tentative design of my new teeth. I can tell that you are very patient, kind, and you have high standards of excellence.

In viewing the pictures you took of my present front teeth, I realized that I really like some things about the shape of them as they currently are. We need to re-do them, I know, particularly regarding the greyish cast of the color as I (and others) see them, under normal lighting (no flash). And shape-wise, I like some of the changes that I saw in the wax-up, such as the straightening out of the lines, de-bulking the canines, and I like the idea of the extra bit of length that was added. But the wax-up did not yet look quite right to me, and we talked about some adjustments that would be made.

I am most focused on the top six front teeth, and I so want them to be as nice as possible at every stage. I know you have said you will be able to make additions and subtractions on the acrylic temps once they are installed, but then there will be so many other factors to be concerned with, in addition to aesthetics, to adjust and balance out. So if we could please take a little more time now to get the shape of the top front six teeth in the wax-up to where I am comfortable with them before we proceed to the next stage, I feel that this will really

*Email page 5*

**56**

simplify the adjustments that are needed later.

Thanks for your patience,
Jackie
[Quoted text hidden]

---

**Dr. John Sorensen <drjohn@pacdent.com>**                                     **Mon, Apr 13, 2009 at 9:52 AM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:
Hope you had a nice weekend. I was lecturing at UCLA on Saturday and sat outside having lunch and again
on Sunday for Easter brunch with my wife's family. It's still better living in Oregon.

Anyway, know problem with modifying the diagnostic waxups. If you want you can stop by and look at the
waxups again to check them off if you would like. I agree that the closer we can get to the final product from
the first step is ideal.

Have a great day,

john

---

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Monday, April 13, 2009 9:48 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Jackie Pinch <jpinch@verizon.net>**                                          **Wed, Apr 15, 2009 at 2:33 PM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

Sounds like a great weekend you had.  I was helping a friend clean her place to move out late Easter Eve... not
so fun.  Anyway,  I'll be by sometime tomorrow (Thursday) to look at the wax-ups.

Thank you,
Jackie
[Quoted text hidden]

---

**Dr. John Sorensen <drjohn@pacdent.com>**                                     **Wed, Apr 15, 2009 at 10:32 PM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:
I am busy in the morning and am lecturing in the afternoon at OHSU.  Can we make it Friday?
Thanks,

john

---

1/2/2010 8:30 PM

*Email page 6*

*57*

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Wednesday, April 15, 2009 3:34 PM
[Quoted text hidden]
[Quoted text hidden]

---

**Jackie Pinch <jpinch@verizon.net>**                    **Thu, Apr 16, 2009 at 6:45 AM**
To: drjohn@pacdent.com

HI Dr. Sorensen,

Yes, Friday is just fine.... I have a break in my schedule and I can make it over there in the late morning.....
around 11:30 or 12:00.

Thanks,
Jackie
[Quoted text hidden]

---

**Jackie Pinch <jpinch@verizon.net>**                    **Tue, Apr 28, 2009 at 4:29 PM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

Would it be all right if I came by the office on this Wednesday or Thursday to take a look again at the wax-ups
for me? I feel that I need to be familiar with them before they go in my mouth, and it has been a while since I
saw them in your lab. Is it OK to stop by sometime or do I need to set a time?

Thank you,
Jackie
[Quoted text hidden]

---

**Dr. John Sorensen <drjohn@pacdent.com>**              **Fri, May 1, 2009 at 11:13 AM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:
I'm in Chicago for an Academy of Prosthodontics meeting and won't be back in Portland until Sunday night.

john

---

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Tuesday, April 28, 2009 5:30 PM
[Quoted text hidden]
[Quoted text hidden]

---

**Jackie Pinch <jpinch@verizon.net>**                    **Mon, May 4, 2009 at 6:41 AM**
To: drjohn@pacdent.com

Good Morning Dr. Sorensen,

*Email page 7*

**58**

I'm excited to get started on this teeth project, and the start date will be here soon. How about if we take a final look at the wax-up of my upper teeth on the day that we get started on the bottom teeth, on May 12th?

Jackie
[Quoted text hidden]

---

**Dr. John Sorensen <drjohn@pacdent.com>**                                    **Mon, May 4, 2009 at 6:57 AM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Sure, no problem.
Have a great week.

---

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Monday, May 04, 2009 7:42 AM
[Quoted text hidden]

[Quoted text hidden]

---

**Jackie Pinch <jpinch@verizon.net>**                                    **Thu, May 7, 2009 at 12:32 PM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

I was just thinking that I won't be able to talk very well on Tuesday, the bottom teeth temps day..... regarding the final looking over of the waxups. And so would it be OK if I came by on Monday (or tomorrow, Friday, if you are going to be in) to take a look? Please understand that I'm a little anxious now that we are about to get started, and after the big teeth adventure of last year.

Thank you,
Jackie
[Quoted text hidden]

---

**Jackie Pinch <jpinch@verizon.net>**                                    **Mon, May 11, 2009 at 8:17 AM**
To: "Dr. John Sorensen" <drjohn@pacdent.com>

---------- Forwarded message ----------
From: **Jackie Pinch** <jpinch@verizon.net>
Date: Thu, May 7, 2009 at 1:32 PM
Subject: Re: reviewing treatment plan
[Quoted text hidden]

---

*Email page 8*

**59**



**Jackie Pinch <jpinch25@gmail.com>**

## Re: reviewing treatment plan

4 messages

**Dr. John Sorensen <drjohn@pacdent.com>**                    Thu, May 28, 2009 at 12:27 PM
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:
I hope that you got some of your questions answered by having another dentist to talk with.
Again, I would reiterate that I want to continue your treatment to completion. To perform your treatment
correctly I need several more appointments to correct your temporary restorations.
I have attached a letter written in an attempt to clarify matters. I hope this helps and look forward to your
response and continuing your treatment.

Sincerely,


John Sorensen

---

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Thursday, May 07, 2009 2:04 PM
**To:** drjohn@pacdent.com
**Subject:** Re: reviewing treatment plan

Hi Dr. Sorensen,

I was just thinking that I won't be able to talk very well on Tuesday, the bottom teeth temps day.....
regarding the final looking over of the waxups. And so would it be OK if I came by on Monday (or tomorrow,
Friday, if you are going to be in) to take a look? Please understand that I'm a little anxious now that we are
about to get started, and after the big teeth adventure of last year.

Thank you,
Jackie


On Mon, May 4, 2009 at 7:57 AM, Dr. John Sorensen <drjohn@pacdent.com> wrote:
   Sure, no problem.
   Have a great week.

---

   **From:** "Jackie Pinch" <jpinch@verizon.net>
   **Sent:** Monday, May 04, 2009 7:42 AM

   **To:** drjohn@pacdent.com
   **Subject:** Re: reviewing treatment plan


1 of 7                                                            6/29/2009 2:30 PM

*Email page 9*

*60*

structurally as they are right now regarding the bite in order to go forward with the rest? If so, and excluding these 12 teeth, the total then becomes $21,415. This would bring things closer to the ball park for us. Do you think this adjusted plan is the best use of our limited funds for this project?  Also, we would be paying in cash, and you mentioned some sort of a discount..... is it a "paying in cash" discount?  My Dad loves that sort of thing.

One note regarding the re-doing of my front teeth at this time is that I know there is a greater possibility of root canals being needed once that procedure begins. Also, I think that asking my parents to pay again for the re-doing of a big mistake made by Dr.███████nd the lab he uses would be simply unfair to my parents.

Thank you,
Jackie Pinch

---

**Jackie Pinch <jpinch@verizon.net>**                              **Thu, May 28, 2009 at 2:00 PM**
To: drjohn@pacdent.com

Hi Dr. Sorensen,

I received your phone message, and your email message, but I did not receive your attached letter.  Would you please re-send it.

Thank you,
Jackie
[Quoted text hidden]

---

**Dr. John Sorensen <drjohn@pacdent.com>**                         **Fri, May 29, 2009 at 12:17 AM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:
Sorry, hopefully it will be attached.
We started making the new upper front temporaries.

*Email page 10*

61

John

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Thursday, May 28, 2009 2:08 PM
[Quoted text hidden]

[Quoted text hidden]

📄 **Pinch, Jackie Clarification Letter.doc**
     60K

---

**noreply@google.com** <noreply@google.com>                    Fri, May 29, 2009 at 7:36 AM
To: jpinch25@gmail.com

You used Gmail's "Open as a Google document" link to view the attachment called "Pinch, Jackie Clarification Letter".

By doing this you saved an editable copy online at Google Docs: https://docs.google.com/Doc?id=ddxzbqhm_2f74v8ffj&btr=EmailImport

Google Docs allows you to:

- **Create and edit documents, spreadsheets and presentations online**, from anywhere you have Internet access.
- **Share documents with others**, even collaborating on the same document at once, in real time.
- **Know that your documents are safe.** Since your content is stored on Google's secure servers, even if something happens to your hard drive, your documents are protected.

You can always get back to Google Docs directly at https://docs.google.com

Thanks,
The Google Docs Team

*Questions? Take a quick tour or visit the Google Docs Help Center. Please note this is an automated message — we won't see it if you Reply to this.*

---

*E-mail page 11*

**62**

Gmail - reviewing treatment plan                                    https://mail.google.com/mail/?ui=2&ik=e6c70c24766view=pt&searc


by Google    BETA

Jackie Pinch <jpinch25@gmail.com>

# reviewing treatment plan

2 messages

**Jackie Pinch <jpinch@verizon.net>**                                   **Sun, May 31, 2009 at 9:27 PM**
To: "Dr. John Sorensen" <drjohn@pacdent.com>

Hi Dr. Sorensen,

I just wanted to say that I thought your letter was very professional and clarifies your point of view, your goal of
excellence, and your insistence of staying within the gingival and spacial rules of dentistry. I absolutely agree
that we need to stay within such dental confines. I know this is a long process, and it is a very expensive
process, too.

From everything I have read about full-mouth reconstruction and cosmetic dentistry, the importance of super
good communication between the dentist and the client is always emphasized. I need to feel comfortable with
my new smile when we are done with this project, and the fit and function are just as important as the aesthetics
for the longevity of this project. I appreciate your enthusiasm and confidence, and your willingness to work
closer with me in our mutual goal of a great set of teeth.

Since you and ████are re-making the front teeth, I thought I would make a few notations about my thoughts
about this to hopefully make things easier..... understand that I know that the rules of dentistry come first.   So
here goes: ..... Please return the shape and size to the teeth that you presented earlier that day, before the top
and bottom shapes were changed...... the lines on those teeth I thought were just right.  But on those teeth, we
do need to take in (towards the meridian) the two front teeth, like you did with the teeth in my mouth now, only
maybe adding more thickness to the inside, (if this will work) thickening the biting edge, so that these teeth will
be more resistant to chipping.  And then we can make other adjustments as needed.  I think that adding some
height to some of my back teeth will give my front teeth more room to work and not touch too much.


Thanks so much.....I'll look forward to seeing you on Thursday.
Jackie



**Dr. John Sorensen <drjohn@pacdent.com>**                              **Tue, Jun 2, 2009 at 9:18 PM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:
OK, will do.
See you Thursday.
john


**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Sunday, May 31, 2009 9:28 PM
**To:** "Dr. John Sorensen" <drjohn@pacdent.com>

1 of 2                                                                            6/29/2009 2:28 PI

*Email page 12*

**63**



Jackie Pinch <jpinch25@gmail.com>

## reviewing treatment plan

2 messages

**Jackie Pinch <jpinch@verizon.net>**                                    **Sun, May 31, 2009 at 9:27 PM**
To: "Dr. John Sorensen" <drjohn@pacdent.com>

Hi Dr. Sorensen,

I just wanted to say that I thought your letter was very professional and clarifies your point of view, your goal of
excellence, and your insistence of staying within the gingival and spacial rules of dentistry. I absolutely agree
that we need to stay within such dental confines. I know this is a long process, and it is a very expensive
process, too.

From everything I have read about full-mouth reconstruction and cosmetic dentistry, the importance of super
good communication between the dentist and the client is always emphasized. I need to feel comfortable with
my new smile when we are done with this project, and the fit and function are just as important as the aesthetics
for the longevity of this project. I appreciate your enthusiasm and confidence, and your willingness to work
closer with me in our mutual goal of a great set of teeth.

Since you and ▇▇▇▇▇are re-making the front teeth, I thought I would make a few notations about my thoughts
about this to hopefully make things easier..... understand that I know that the rules of dentistry come first.  So
here goes: ..... Please return the shape and size to the teeth that you presented earlier that day, before the top
and bottom shapes were changed...... the lines on those teeth I thought were just right.  But on those teeth, we
do need to take in (towards the meridian) the two front teeth, like you did with the teeth in my mouth now, only
maybe adding more thickness to the inside, (if this will work) thickening the biting edge, so that these teeth will
be more resistant to chipping.  And then we can make other adjustments as needed.  I think that adding some
height to some of my back teeth will give my front teeth more room to work and not touch too much.


Thanks so much.....I'll look forward to seeing you on Thursday.
Jackie


---

**Dr. John Sorensen <drjohn@pacdent.com>**                                    **Tue, Jun 2, 2009 at 9:18 PM**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Hi Jackie:
OK, will do.
See you Thursday.
John

---

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Sunday, May 31, 2009 9:28 PM
**To:** "Dr. John Sorensen" <drjohn@pacdent.com>

*Email page 13*

*64*

 **Gmail**

Jackie Pinch <jpinch25@gmail.com>

## Mold for ▮▮▮

2 messages

---

**Jackie Pinch <jpinch@verizon.net>**
To: "Dr. John Sorensen" <drjohn@pacdent.com>

Thu, Jun 18, 2009 at 6:53 AM

Hi Dr. Sorensen,

Thank you for seeing me last night..... I'm sorry that I did not emphasize the main issue and reason I needed to see you before our Monday appt. I had thought that we were going to meet with ▮▮▮ ast night in order to arrange some lab work because the top six teeth again need some size changes - both length and width. So what should I do as far as the mold▮▮would probably need in order to make these changes? Or should I change the Monday appt?

Thank you,
Jackie

---

**Dr. John Sorensen <drjohn@pacdent.com>**
Reply-To: drjohn@pacdent.com
To: Jackie Pinch <jpinch@verizon.net>

Mon, Jun 22, 2009 at 8:12 AM

Hi Jackie:
Sorry, I have not checked this email box in about 5 days. As I told you on the last appointment this is something that I would do in the operatory as I can see what is biologically possible. Anything done in the lab is fantasy and not necessarily clinically possible. So we'll do it in the operatory when I see you.

John

---

**From:** "Jackie Pinch" <jpinch@verizon.net>
**Sent:** Thursday, June 18, 2009 6:54 AM
**To:** "Dr. John Sorensen" <drjohn@pacdent.com>
**Subject:** Mold for▮▮
[Quoted text hidden]

1 of 1

10/12/2009 10:09 P?

*Email page 14*

**65**

**Patient Progress Notes**

Patient: Jackie Pinch                                           Date: 08/26/2009
Birthdate: 04/25/1960                    Chart #: PI0010         SS#:
Provider: John A. Sorensen DMD, PhD
    Phone: (503)639-5599
    Office: 12750 S.W. 68th Avenue
            Portland, OR  97223



**Progress Notes**

| Date | Tooth | Surf | Proc | Prov | Description | Stat | Amount |
|------|-------|------|------|------|-------------|------|--------|
| 02/20/2009 | | | | | Clinical Note | | |
| | | --------- Fri - Feb 20, 2009 --------- | | | JAS/LDD | | |

BP:
HHR/PARQ.  Pt presents comp oral evaluation.
CC:
History of primary dental issues' had great teeth her whole life. Pt hadn't gone to dentist for a
long time, was a low maintained dental pt, and teeth were gone. Pt's skin started to have
problems; pt was dancing and had a reaction to cologne, a few weeks later pt had a rash of
blue and red, was sent to the emergency room and was diagnosed with infitago (sp...Skin
disease). Pt was in pain because it was sensitive so pt's hygiene went down hill. Pt than
started to eating sour gummies all the time. skin healed inside, it was lumpy though. pt moved
back to Lake Oswego. Pt's gums were bad at this point. Regular mouth wash was extremely
painful. Pt answer was to rinse with vinegar water daily, pt knew it was good for gums, but
didn't know it was bad for the teeth. Pt used vinegar for about a year. Pt's teeth began to fill
                    Continued on Next Page

*Dental File - page 1*

66

**Patient Progress Notes**

Patient: Jackie Pinch
Birthdate: 04/25/1960                    Chart #: PI0010                    Date: 08/26/2009
Provider: John A. Sorensen DMD, PhD                                        SS#:
Phone: (503)639-5599
Office: 12750 S.W. 68th Avenue
        Portland, OR  97223

**Progress Notes Continued**

| Date | Tooth | Surf | Proc | Prov | Description | Stat | Amount |
|------|-------|------|------|------|-------------|------|--------|

"weird". Pt than began to use dental whitening strips for 7 days straight and pt's teeth started
to hurt. Pt stopped using them, a few days later the pt's enamel started to fall off her teeth. Pt
says teeth were achy, not sore. The teeth did get whiter. Pt's client referred to dentist who
said her teeth were fine, and the hygienist said pt's teeth seemed smaller than they should be.
Pt left that dentist office, and went to another dentist who said they would get better, it was Dr
████████ The 3rd dentist finally said pt's teeth need to be re-done; Pt was than referred to Dr
████████ This was 5 yrs ago. For 10K pt was told she could do the 4 max anterior teeth. Pt was
offered RCT and pt didn't think she needed RCT's. Another client referred pt to Dr ████████
When pt saw this Dr He was the first one who had a clue what to do. Pt was excited for him
to do this. Pt's 1st appt of preparing teeth made her feel "weird". Pt reports that the Dr didn't
know if he was working with dentin or enamel. Pt says the Dr was changing the plan. Pt was
trying to be careful. Dr ████████ placed temps that were missed shape, and the dentist
changed them. Pt noticed large gaps between the temps and tooth. Pt told the dentist and he
didn't do anything. When pt looked at temps before cemented they started to come off the
teeth and the dentist didn't want the pt to see them like that. When pt got home, she didn't
approve of the bottom temps because they were at an angle. Pt went back in to have the
temps fixed, and dentist fixed. Pt asked about color, and the answer was A1 or B1, pt
was confused. Pt chose the whiter shade. Pt brought a piece of paper in of all the changes
she wanted with a drawing, and the dentist assured pt that the gaps will be fixed. Next visit
was delivery; the temps had to be drilled off. This all happened in August 2008. The dentist
was overly excited. About a week later the pt noticed that the color was wrong, it was too
dark. Pt canines seem to be "sticking out" and pt told the dentist. Pt has had a few consults,
but dentist keeps telling pt that she chose the shade. He offered to re-do them but pt would
have to pay for the lab fee's. Pt didn't want him to re-do them because the temps was second
guessing himself, telling the pt that they may not turn out as well, and there might be a risk of
gum recession. Pt went to three other dentists who said it was good dentistry. Pt asked if she
could only re-do the top 6 and the dentist's response was "no I can't afford it." The 2nd of the
3 consults, pt asked to show the temps for the rest of the teeth, and the pt thought they
looked like onlay instead of crowns. The 3rd consult the assistant told the pt that the Dr was
going to make the temps again without me saying something. The dentist than stated he's
not going to re-dot the temps, than pt
Radiographic findings:
Dx:
Tx today: Dr S explains to pt the process before we cement, and get the pt's approval. Pt
shows 3mm of gums on the upper, and show's a lot of the lower teeth.
Tx plan:
Futur

| Date | Tooth | Surf | Proc | Prov | Description | Stat | Amount |
|------|-------|------|------|------|-------------|------|--------|
| 02/20/2009 |    |  | D0150 | DMD1 | Comp oral eval-new/estab pat | C | 200.00 |
| 02/20/2009 | 5  |  | D4249 | DMD1 | Clinic crown lengthen-hard tis | TP | 795.00 |
| 02/20/2009 | 6  |  | D2750 | DMD1 | Crown-porc fuse high noble | EO |  |
| 02/20/2009 | 7  |  | D2750 | DMD1 | Crown-porc fuse high noble | EO |  |
| 02/20/2009 | 8  |  | D2750 | DMD1 | Crown-porc fuse high noble | EO |  |
| 02/20/2009 | 9  |  | D2750 | DMD1 | Crown-porc fuse high noble | EO |  |
| 02/20/2009 | 10 |  | D2750 | DMD1 | Crown-porc fuse high noble | EO |  |
| 02/20/2009 | 11 |  | D2750 | DMD1 | Crown-porc fuse high noble | EO |  |
| 02/20/2009 | 12 |  | D4249 | DMD1 | Clinic crown lengthen-hard tis | TP | 795.00 |
| 02/20/2009 | 21 |  | D4249 | DMD1 | Clinic crown lengthen-hard tis | TP | 795.00 |
| 02/20/2009 | 22 |  | D2750 | DMD1 | Crown-porc fuse high noble | EO |  |
| 02/20/2009 | 23 |  | D2962 | DMD1 | Veneer (porcein lam)-lab | EO |  |
| 02/20/2009 | 24 |  | D2962 | DMD1 | Veneer (porcein lam)-lab | EO |  |
| 02/20/2009 | 25 |  | D2962 | DMD1 | Veneer (porcein lam)-lab | EO |  |
| 02/20/2009 | 26 |  | D2962 | DMD1 | Veneer (porcein lam)-lab | EO |  |

Continued on Next Page

*Dental File - page 2*

67

**Patient Progress Notes**

Patient: Jackie Pinch                                                                                        Date: 08/26/2009
Birthdate: 04/25/1960                                    Chart #: PI0010                                    SS#:
Provider: John A. Sorensen DMD, PhD
   Phone: (503)639-5599
   Office: 12750 S.W. 68th Avenue
       Portland, OR  97223

**Progress Notes Continued**

| Date | Tooth | Surf | Proc | Prov | Description | Stat | Amount |
|------|-------|------|------|------|-------------|------|--------|
| 02/20/2009 | 27 | | D2750 | DMD1 | Crown-porc fuse high noble | EO | |
| 02/20/2009 | 28 | | D4249 | DMD1 | Clinic crown lengthen-hard tis | TP | 795.00 |
| 02/23/2009 | | | | | Clinical Note | | |

——————— Fri - Feb 20, 2009 ———————(new pt comp exam notes continued)
Pt has only paid $14,000, and the whole amount was about $30,000. Pt thinks that the teeth
look grey, and others are giving the pt that feed back as well. Pt feels that the upper canines
are sticking out. Dr explains that we would repair one arch at a time, and invasion with the
temps how the shape and bite will work out. Turned the veneer temps into crown temps with
acrylic. When pt was getting the permanents, 3 wks later, the dentist learned how to do the
dentin bonding agent. Pt didn't feel comfortable with it because 3 wks earlier the dentist didn't
know how to do this. Original plan was to do the front, then the right and then left sides.
Today's tx: Pt doesn't have any sensitivity. Pt was treated by ▓▓▓▓ and had an "acrylic
blobs" method done to use on teeth to hold them in a certain position. Pt says her mouth is
comfortable where it is now. Pt now says that her upper front teeth are sensitive, but not that
horrible. At the time right now can't feel any sensitivity? Pt wants to use the rest of her money
to fix the upper and eventually re-do the lower as well. Midline deviates the left about about
1mm. There is bonding material on the posterior, pt referred to it as acrylic blobs, which was
just a temporary approach. 1.5mm AP movement.▓▓▓▓did the lab work. Dr Sorensen took
diagnostic photos. No contact on the anterior. Pt is not using fluoride. CE=Negative.
Composite build ups for O contacts on all mand. Posterior teeth. All O contacts on the max are
on the L cusps. Contacts between the canine ceramic restorations, and not and the incisors.
Would want to open bite up 1mm of where it is now. Would make the posteriors longer.
Discrepancy of the length of #6 that has a clinical length of 9.5 mm, the restorations on #5
that we would make would be about 7mm. Dr S show's pt in a pt mirror about the teeth.
Gums look good, a little tarter on the anterior lowers. Used empress restorations. Too
translucent, picking up the under A6 color of the tooth.
TX possibly crown lengthening on max premolars.
Presented pt with tx plan and had pt sign. Pt wants to come in about every 6 months to have
bonding or acrylic placed on the posterior teeth.

03/20/2009                Clinical Note
——————— Fri - Mar 20, 2009 ———————JAS/LDD  PARQ/HHR
Pt present for follow up. Took 2 alginates of the upper and two of the lower. Took one kois
bow. Pt has many questions for Dr Sorensen. Scheduled a follow up appointment to show pt
wax up compared to the teeth she has now and to answer all her questions.
NV April 7

05/12/2009                Clinical Note
——————— Tue - May 12, 2009 ———————JAS/LDD  PARQ/HHR
Pt had asked ▓▓▓▓ to shorten the teeth-now there out of contact-pt thought that he would
have told pt that's not correct. Pt also discussed re-shaping the gums with both ▓▓▓ and Dr
S-pt stated she never spoke of this. PARQ the gums and how the gums and teeth are. Can
make small changes but not large changes. Pt wants the teeth to be less grey tone, not
yellow. Will use B1-pt is a bit lighter than B1-should we use the bleaching color for the teeth to
compare it? Need to use B1 and use a more opaque material. Better to air more light-can
always tone down. Pt has a couple mm of tarter. Used 2 carps marcaine 1:100,000 EPI. Took
photos. Removed veneers #22-27. Than prepped teeth #18-31. Used laser around L of #30
where tooth was cracked. Took 2 lower alginate impressions and used mach2 and blue
mouse. Dr S made temps on the lab. Fabricated-checked bite and adjusted. Cemented with
systemplink-removed excess and light cured. Gave PO instructions. 0 complications.
NV may 18 prep maxilla

           Continued on Next Page

*Dental file-page 3*

68

### Patient Progress Notes

**Patient:** Jackie Pinch
**Birthdate:** 04/25/1960

**Chart #:** PI0010

**Date:** 08/26/2009
**SS#:**

**Provider:** John A. Sorensen DMD, PhD
**Phone:** (503)839-5599
**Office:** 12750 S.W. 68th Avenue
Portland, OR 97223

### Progress Notes Continued

| Date | Tooth | Surf | Proc | Prov | Description | Stat | Amount |
|------|-------|------|------|------|-------------|------|--------|
| 05/12/2009 | | | D0470 | DMD1 | Diagnostic casts | C | 115.00 |
| 05/12/2009 | | | 66612 | DMD1 | Diagnostic Waxup | C | 500.00 |
| 05/12/2009 | 18 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 19 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 20 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 21 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 22 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 23 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 24 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 25 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 26 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 27 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 28 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 29 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 30 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/12/2009 | 31 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | | | | | Clinical Note | | |

——————— Mon - May 18, 2009 ——————JAS/LDD  PARQ/HHR

Pt present for prep of max. Pt requests the four ant. teeth are dens. and that not very much tooth structure be removed. Dr S told pt it will be just like the lower, remove some, check, and remove. #3 is sensitive-has a filling. Pt feels it's on the verge of aching. pt cracked it about 1 yr ago eating something hard. Pt wanted to see the wax up again-pt is very happy with them. Pt said the lower teeth are too gappy around the canines- that it's not smooth around the curve. Dr S explains that if we over contour it we can cause plaque build up, bone loss, gum issues, ext. Gingival embrassers and the size is what the pt is referring to. Teeth are malpositioned. Used 8 carps marcaine 1:100,000 EPI. Pt states there is a roll to her bite-the angles of the sides on the mand. are diff. position of teeth are diff though originally-pt is not symmetrical to start off as. It's not a visional problem, but a mental. Pt had balanced teeth before she wrecked them. Pt states were trying to correct the teeth. Dr S says we can concentrate to adding to this and making adjustments. Adding to the teeth from #18-21. Pt doesn't want the front gums lasered. Offered to do free but pt doesn't want to-with the problems we have had Dr S doesn't know how we can make the teeth the same vertically without laser-pt states she just wants them to blend horizontally. Dr S tells pt it's not enough to make a diff. Existing restorations are slightly lighter than B1 but defiantly not bleaching B040. Right now existing tooth structure is ND8. Average about 2mm thickness of porc. on f. will try to strike a balance between bringing them back and blocking out the dark. Prepped 1st the 6 ant teeth. than L side than R side. Took 2 upper alginate impressions of temps and placed mach3 and blue mouse inside impressions. Dr S made temps with shade OM1-pt called and asked Vangie to change shade-B1 was not bright enough for her. Pt got shade from home bleaching kit. Fabricated temps. Tried in, checked and adjusted bite. Added XWD flitc supreme comp. and light cured. Took 1 alginate of temps and one with temps off. Cemented with systemp link and light cured each surface. Gave specific instructions for home care dealing with temps and what NOT to do!
Pt when first saw temps seemed to like them a lot. Loves the color. Pt thinks that the neck on the teeth on the centrals are too pointy-pt doesn't want them to be more pointy-Dr explains that the veneers before were over contoured. Pt says she wants them just barely more added. Pt says that the veneers before were working before, that they were comfortable. Dr S says that the gums were inflamed before bc of this. Pt is self conscious of the shape of #8, #9. Pt said she'll have to go home and see if she likes the color of the uppers. Pt doesn't like the lower color-greenish.

NV may 27 check temps-once the temps are all in we can work more on the shape and
Continued on Next Page

*Dental file - page 4*

69

**Patient Progress Notes**

Patient: Jackie Pinch
Birthdate: 04/25/1960
Provider: John A. Sorensen DMD, PhD
Phone: (503)639-5599
Office: 12750 S.W. 68th Avenue
          Portland, OR  97223

Chart #: PI0010

Date: 08/26/2009
SS#:

**Progress Notes Continued**

| Date | Tooth | Surf | Proc | Prov | Description | Stat | Amount |
|------|-------|------|------|------|-------------|------|--------|
| | | | | | contours. | | |
| | | | | | **take off the aspect of the palatal cusps. | | |
| 05/18/2009 | 2 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 3 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 4 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 5 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 6 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 7 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 8 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 9 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 10 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 11 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 12 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 13 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 14 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/18/2009 | 15 | | D2740 | DMD1 | Crown-por/cer subst | C | 1300.00 |
| 05/21/2009 | | | | | Clinical Note | | |

———— Thu - May 21, 2009 ————————LDD   Phone coversation
Pt wants to go back to the other teeth before he changed them (referring to the wax up).
Wants the bite taller for the new front teeth. Pt feels like the teeth need to more cusps, bite
doesnt fill right. Pt wants the bite and the teeth, especially the front teeth to be just right, pt
feels that the front upper teeth are too little as well. Wants them to be exactly like the wax up.
Pt knows each tooth has its own anatomy-pt feels that its been "smoothed" down to much.
"Exactly like the model!' pt feels Dr S changed them too much on monday-so there not
identical to the model. Pt chose Dr S because he's an expert about bites and restorative
denistry per pt. Bite is hitting to much in the front, the cusps in the back are not present states
pt. She seems very worried, but expressed how appreciative she is for all the hard work.

| 05/25/2009 | | | | | Clinical Note | | |

———— Mon - May 25, 2009 ————————Just finished phone conversation with Jackie.  When
I told her that I was looking forward to seeing her on Wednesday to alter her mx temps,
correct the occlusion, and even offered to have ████ remake her temps #6-11. She brought
up a number of concerns and said she wanted to think about it another week and was
therefore was cancelling her appt this week.  Upon further quesitoning she admitted that she
was going to have another dentist evaluate the work.
      I asked her what her concerns were? She said:
1. " I heard you say that you let ████ go because you did not have enough work for two
technicians and that he did bad work." I told her I dod not say that ████ did bad work but she
was quite insistent that I did say that.
2. She said that I cut too much tooth structure off.  "You said you were just going to grind off
the porcelain and cement that was it." I informed her that I took very little additional axial
tooth structure. I only dropped the margins slightly below the level of the gingiva because of
the big change in shade we are making from A5 to Bleach 020.
3. She said I wanted you to make the teeth more rounded at the gumline and you made them
more pointed.  I told her that just because she guided ████ in the lab to add more wax to
round off or square off the gum line area does mean I can actually do that.  I told her that
there are limits to how out we can build the teeth and avoid causing periodontal disease.
Despite my offer to remake the temps from 6-11, she was insistent on not wanting to come in until after she has
another dentist evaluate her temps. I told her that it was not fair because I still have much
work to do on them until I am happy with them.  JS

Continued on Next Page

*Dental file- page 5*

*70*

**Patient Progress Notes**

Patient: Jackie Pinch
Birthdate: 04/25/1960
Provider: John A. Sorensen DMD, PhD
Phone: (503)639-5599
Office: 12750 S.W. 68th Avenue
Portland, OR 97223

Chart #: PI0010

Date: 08/26/2009
SS#:

**Progress Notes Continued**

| Date | Tooth | Surf | Proc | Prov | Description | Stat | Amount |
|------|-------|------|------|------|-------------|------|--------|

**06/04/2009** — Thu - Jun 4, 2009 — Clinical Note — JAS/LDD PARQ/HHR
Pt present for adjustments of temps. PARQ different shades and bleaching shades. Right now pt is at a 020 bleaching shade. Dr S shows pt the new temps ▓ made-not as pointy at the gums. Dr explains that we took an impression of the temps after we made them, then redid them. Pt took the temps we made and looked at the mirror to compare them. "Pt doesn't know, just is not sure". Dr S explains to the pt that we can work with them, take some off and add. Pt has been avoiding chewing, especially on the anterior. Pt feels like when she looks at the teeth, everything looks in aligment, but the lower jaw is off, pt thinks the posterior teeth are too high on the left side compared to the other side. Than the pt said it "swoops" down going toward the anteriors. Around #18 and 19 remove some off of the cusps. Pt wants the linguals to be more smooth, without any bumps. Dr explains that's how natural teeth are, but will go ahead and smooth them out. When Dr said that, pt decided to place them in and see how they feel since that's how natural teeth are. Pt now has a sm. lisp and thinks that may be the cause bc its not "smooth". Dr agrees that the cusp are a bit lower, and will work with it. Removed temps and cleaned. Placed new temps, and made adjustments. Showed pt. Pt wants some changes. Pt likes the temps, said there a lot better. Says she will have to live with them for a little while to see what changes she wants to make at the next appt. Still need to fix the bite. Polished. Cemented with systemp link, removed excess, light cured and removed remaining excess. 0 ocmplications. Pt was very excited about the temps.

**06/11/2009** — Tue - May 12, 2009 — Clinical Note — JAS/LDD PARQ/HHR
Pt had asked ▓ to shorten the teeth-now there out of contact-pt thought that he would have told pt that's not correct. Pt also discussed re-shaping the gums with both ▓ and Dr S-pt stated she never spoke of this. PARQ the gums and how the gums and teeth are. Can make small changes but not large changes. Pt wants the teeth to be less grey tone, not yellow. Will use B1-pt is a bit lighter than B1-should we use the bleaching color for the teeth to compare it? Need to use B1 and use a more opaque material. Better to air more light-can always tone down. Pt has a couple mm of tarter. Used 2 carps marcaine 1:100,000 EPI. Took photos. Removed veneers #22-27. Than prepped teeth #18-31. Used laser around L of #30 where tooth was cracked. Took 2 lower alginate impressions and used mech2 and blue mouse. Dr S made temps on the lab. Fabricated-checked bite and adjusted. Cemented with systemplink-removed excess and light cured. Gave PO instructions. 0 complications. NV may 18 prep maxilla

**06/17/2009** — Wed - Jun 17, 2009 — Clinical Note — JAS/LDD PARQ/HHR
Pt says she has hard time speaking-lisp. Pt said the lowers are cut to be crowns-Dr S explains that there veneers. Pt said there's room there for crowns. Pt said plaque is building up-Dr S explains to pt thats where is accumulates. Pt says the reason she wants a full crown is because it would be a smoother surface, and bc pt did so much damage previously she wants to protect the area. Dr S says that area had the least erosion. Pt said its just a thought. Pt said the lower left side angle needs to be corrected. A lower tooth looks cricked to pt-#26. As far as the lisp, pt said its caused from the lump on the upper. Dr S said he will smooth them out. Pt said Dr ▓ had a smooth surface. Pt said "We need to definetly correct-when her and ▓ worked on the teeth, there were originally in, and now they are way out." Pt said "My front teeth are tactily correcting, scary wavy in front". Pt has been mashing food so that the front teeth won't connect. Pt thinks right now the height of the lower teeth are higher than the upper teeth. Pt said once we disconnect the front-pt doesn't think there wil be anything stopping the teeth. Dr S explains if we take off the back of the teeth, it will be a stronger bite in the back, and lighter in the front. Dr S asked pt if the teeth look too long. Pt answered that
Continued on Next Page

*Dental file - page 6*

71

### Patient Progress Notes

Patient: Jackie Pinch
Birthdate: 04/25/1960

Chart #:PI0010

Date: 08/26/2009
SS#:

Provider: John A. Sorensen DMD, PhD
Phone: (503)639-5599
Office: 12750 S.W. 68th Avenue
        Portland, OR 97223

### Progress Notes Continued

| Date | Tooth | Surf | Proc | Prov | Description | Stat | Amount |
|------|-------|------|------|------|-------------|------|--------|
| | | | | | the uppers need to have heighth added to them. Pt doesn't want the upper to look any shorter. Dr S answeres that they will look the same length, but deeper. Pt states " one dimema when she smiles and looks at me straight on, the left is higher than the right side." Dr S tells pt she wouldnt let us do crown lengthing, and pt said she didn't want any bone removed. PARQ crown lengthing procedure. Dr S explains since he can't do laser work on premolars, he can't do work on the others. Pt said her teeth were never a level off at the gumline-Dr S explains to pt thats the condition the pt came here in, and there's nothing we can do for that. Pt says "its off a mm, and asks if the whole side can be removed, and drilled a little bit more. It seems to pt it would connect more." Dr S explains to pt its not good for the gums to cut further off. Pt said it may just be this one tooth that's bothering her, to change the countour. Pt thinks if the whole shape was changed it would be okay. Dr S says he can try. Pt says she would need adding and width to know if that's what she wants. Thinks that visually that's what it is. Now pt says it doesnt feel off but looks off. Pt says says she doesn't like the gap, and that its feels even bigger. Dr S says he will try flatening out the canines. For the lower convert the veneers to crownw #23-26 per pt request. Adjusted per pt request, added comp. to #21 #22 cusp. Shortened #18 d cusp per pt request. Checked bite and made many adjustments. Shortened mand. anterior teeth. Pt said she doesn't want the grooves inbetween the teeth. Pt wants the teeth to be a straight line across, with no grooves. Mand. ant. temps came off. Cleaned out and re-cemented with systemp link, light cured, removed excess. NV July 22-adj. temps. | | |
| 06/22/2009 | | | | | Clinical Note | | |
| | | | | | ———— Mon - Jun 22, 2009 ———————vps for JAS:  Pt sent email to JAS requesting that she be able to sit with ▮▮▮▮ to reshape her temps. JAS explained via email that the last time he let her do that, the temps were too big and he ended up having to shave off most of the excess waxup (especially around the gingiva).  She phoned in this a.m. to tell vps that she had a stomach ache and she wasn't coming to the appt.   VPS offered her 3:00 p.m. the next day (6/23)  but she declined.  Pt did not resched appt. Pt cancelled all appts made. | | |
| 07/02/2009 | | | | | Clinical Note | | |
| | | | | | ————— Thu - Jul 2, 2009 ——————VPS: 9:35 A.M. CALLED PT TO RESCHEDULE THE APPT. SHE CANCELLED ON 6/22/09.  Pt returned call said she wasn't happy right now and was trying to evaluate what her next step was.  VPS advised patient that we deduct chair time at $700 per hour and then refund the difference. VPS explained  to patient that chairtime was defined as time spent with the doctor, or when doctor was working on her case and would not include the time she spent with ▮▮▮▮ the technician, or time JAS spent planning her case redoing her waxups everytime she changed her mind about her temporaries or corresponding with patient. She said she would think about that. | | |

*Dental file- page 7*

April 30, 2008

Re: Jackie Pinch

I just wanted to drop you a note with the treatment plan for Jackie:

I divided it into 4 parts so you can see what we will be working on and the cost for each part. So far, ███████ook all the records needed for the Occlusal analysis – mounted case. He will spend a weekend doing the technical part for the lab and will then send it to the lab for about a month for them to wax-up the case.

Jackie's next appointment on July 1st will be for preparing all the upper and lower front teeth (12 teeth) for crowns and veneers and taking final impressions for the lab to construct these. We will also be putting temporary restorations on these teeth to keep everything aligned properly and also to give Jackie a chance to see what her new crowns will be like.

After about 4-5 weeks we will have Jackie back on August 6th to try-in the crowns and veneers and make sure everything is completed they way we want. If all is OK, we will cement the restorations.

So far we have not made appointments for the right side and left side. It will be done in much the same way as the front teeth. Each side will take two appointments and be about 4 weeks apart.

I am sure on the second appointment you may want to see what the case looks like. If you are interested, I will find out the best time for you to come in to view it.

Please do not hesitate to call if you have questions.............if I don't know the answer, I will find out for you.

███████

*Document 9-A*

**73**



**Treatment Plan**

Patient: Jackie Pinch
Birthdate: 04/25/1960
Provider:
Phone:
Office:

Chart #:

Date: 04/29/2008
SS#:

*57.*
*disc*

| Ord | Th | Surf | Description | | Fee |
|-----|-----|------|-------------|---|-----|
| 1 | | | Occlusal analysis-mounted case | | |
| 1 | 32 | | Provisional Crowns | /500 ~~1700~~ 1425 |
| 2 | 6 | | Labial veneer (porceln lam)-lab | | → 10,070 → |
| 2 | 7 | | Crown-porcelain/ceramic substr | | ~~1070~~ |
| 2 | 8 | | Crown-porcelain/ceramic substr | | |
| 2 | 9 | | Crown-porcelain/ceramic substr | | |
| 2 | 10 | | Crown-porcelain/ceramic substr | TUESDAY | WEDNESDAY |
| 2 | 11 | | Labial veneer (porceln lam)-lab | | |
| 2 | 22 | | Labial veneer (porceln lam)-lab | July 1 | August 6 |
| 2 | 23 | | Labial veneer (porceln lam)-lab | | |
| 2 | 24 | | Labial veneer (porceln lam)-lab | 7A - 4p | 7A - 4p |
| 2 | 25 | | Labial veneer (porceln lam)-lab | | |
| 2 | 26 | | Labial veneer (porceln lam)-lab | | |
| 2 | 27 | | Labial veneer (porceln lam)-lab | | |
| 3 | 1 | | Crown-full cast high noble mtl | | |
| 3 | 2 | MOD | Onlay-metallic-three surfaces | | |
| 3 | 3 | MOD | Onlay-porcel/ceram-3 surface | | |
| 3 | 4 | MOD | Onlay-porcel/ceram-3 surface | | |
| 3 | 5 | MOD | Onlay-porcel/ceram-3 surface | → | 8407.50 |
| 3 | 28 | MOD | Onlay-porcel/ceram-3 surface | | |
| 3 | 29 | MOD | Onlay-porcel/ceram-3 surface | | |
| 3 | 30 | | Crown-porc fuse high noble mtl | | |
| 3 | 31 | | Crown-full cast high noble mtl | | |
| 3 | 32 | | Crown-full cast high noble mtl | | |
| 4 | 12 | MOD | Onlay-porcel/ceram-3 surface | | |
| 4 | 13 | MOD | Onlay-porcel/ceram-3 surface | | |
| 4 | 14 | MOD | Onlay-porcel/ceram-3 surface | → | 8407.50 |
| 4 | 15 | MOD | Onlay-metallic-three surfaces | | |
| 4 | 16 | | Crown-full cast high noble mtl | | |
| 4 | 17 | | Crown-full cast high noble mtl | | |
| 4 | 18 | | Crown-full cast high noble mtl | | |
| 4 | 19 | | Crown-porc fuse high noble mtl | | |
| 4 | 20 | MOD | Onlay-porcel/ceram-3 surface | | |
| 4 | 21 | MOD | Onlay-porcel/ceram-3 surface | | |

Treatment plan total     29,800

w/disc.  28,310.00 →

( 5% disc
for paying in full )

Document 9-A

**74**

# SINGLE FAMILY LEDGER

**Date:** 04/11/2008                                                     **Page:** 1

| Guar Name: | Jackie Pinch | Chart Number: |
| --- | --- | --- |
| | 40 Crestfield Ct. | |
| | Lake Oswego, OR 97035-1306 | Billing Type: 1 |

| DATE | TEETH | DESCRIPTION | PATIENT | CHARGE | PAYMENT | BALANCE |
| --- | --- | --- | --- | --- | --- | --- |
| 03/30/2008 | | Balance Forward | | 266.00 | | 266.00 |
| * 03/31/2008 | | Check Payment - Thank You | Jackie | | -266.00 | 0.00 |
| 04/01/2008 | | Oral/Facial Photographic Images | Jackie | 0.00 | | 0.00 |
| 04/01/2008 | | Records | Jackie | 0.00 | | 0.00 |
| 04/11/2008 | | Removable appliance therapy | Jackie | 340.00 | | 340.00 |
| 04/11/2008 | | Check Payment - Thank You | Jackie | | -323.00 | 17.00 |
| 04/11/2008 | | Courtesy Discount | Jackie | | -17.00 | 0.00 |



| TOTAL FAMILY BALANCE AS OF 04/11/2008: | 0.00 |
| --- | --- |
| YTD Finance Charges: | 0.00 |
| YTD Late Charges: | 0.00 |
| YTD Family Payments: | 589.00 |
| YTD Insurance Payments: | 0.00 |

Procedures that have been placed in History.

*Document 9-B*

*75*

# SINGLE FAMILY LEDGER

**Date:** 03/28/2008 ▬▬▬▬▬▬▬▬▬▬▬▬ **Page:** 1

| Guar Name: | Jackie Pinch 40 Crestfield Ct. Lake Oswego, OR 97035-1306 | Chart Number: Billing Type: 1 |
|---|---|---|

| DATE | TEETH | DESCRIPTION | PATIENT | CHARGE | PAYMENT | BALANCE |
|---|---|---|---|---|---|---|
| 03/27/2008 | | Balance Forward | | 0.00 | | 0.00 |
| 03/28/2008 | | Comp oral eval-new/estab pat | Jackie | 75.00 | | 75.00 |
| 03/28/2008 | | Intraoral-complete series (bw) | Jackie | 110.00 | | 185.00 |
| 03/28/2008 | | Diagnostic casts | Jackie | 95.00 | | 280.00 |
| 03/28/2008 | | Check Payment - Thank You | Jackie | | -266.00 | 14.00 |
| 03/28/2008 | | Courtesy Discount | Jackie | | -14.00 | 0.00 |



| TOTAL FAMILY BALANCE AS OF 03/28/2008: | 0.00 |
|---|---|
| YTD Finance Charges: | 0.00 |
| YTD Late Charges: | 0.00 |
| YTD Family Payments: | 266.00 |
| YTD Insurance Payments: | 0.00 |

*Document 9-B*

**76**

Treatment Proposal                                                    Page 1

Prepared for Jackie Pinch                                Printed on 08-07-09 at 10:07a



The fees in this proposal are valid until 12-31-10. After that, fees may increase.

Visit #1

| Code | Description | T# | Surface | Fee | You pay | |
|------|-------------|-----|---------|-----|---------|---|
| 00470 | Diagnostic casts | | | 181.00 | | 181 |
| 09950 | Diagnostic Mounting | | | 570.00 | | 378 |
| 09950 | Diagnostic Set Up /Adj | | | 630.00 | 1583.10 | $559.00 |
| 02931 | Recement Provisional | | | 378.90 | | |
| 02750 | Crown, porc & high nobl | 2 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 3 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 4 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 5 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 6 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 7 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 8 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 9 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 10 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 11 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 12 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 13 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 14 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 15 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 18 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 19 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 20 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 21 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 22 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 23 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 24 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 25 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 26 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 27 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 28 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 29 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 30 | | 1,698.00 | | |
| 02750 | Crown, porc & high nobl | 31 | | 1,698.00 | | |
| 00103 | Reposition | | | 630.00 | | |
| 09940 | Orthotic Bruxism Modifi | | | 1,148.00 | | |
| | **TOTAL** | | | 51,081.00 | 51,081.00 | |

— 10% 5108.10
45,972.90

Current Dental Terminology (CDT) © American Dental Association (ADA).  All rights reserved.

Document 9-C

77



Document 9-D

78

# <u>Second</u> Notebook of Documents

**John R. Kroger**
Attorney General



Portland Area  (503) 229-5576
Salem Area  (503) 378-4320
Toll Free Area  (877) 877-9392
www.doj.state.or.us

### OREGON DEPARTMENT OF JUSTICE
### CONSUMER COMPLAINT FORM

RECEIVED

FEB 28 2012

CIVIL ENFORCEMENT DIVISION

#### Please Note the Following:

Under Oregon Law, the Attorney General cannot act as your private attorney. Legal deadlines may prevent you from starting a lawsuit if you wait too long. Filing this complaint does not change those deadlines or guarantee the results you want. You may wish to contact a private attorney.

| | |
|---|---|
| 1. Please use dark ink. Type or print clearly. | 3. Keep your original papers. |
| 2. Return this form with copies of important papers. | 4. Attach any additional explanation. |

Jackie                                Pinch
First Name                          Last Name

40 Crestfield Court
Mailing Address

Lake Oswego             Oregon        97035
City                      State        Zip

| 503-699-1717 | 503-699-1717 | 503-699-1717 | Jpinch25@gmail.com |
|---|---|---|---|
| Day Phone | Evening Phone | cell phone number | e-mail address |

Dr. John Sorensen
Name of Business or person about which you are complaining

ClearChoice Dental Implant Center - 12750 SW 68th Avenue
Mailing/Street Address

Portland             Oregon       97223
City                      State        Zip

503-639-5599
Phone

Date of Transaction(s): _Feb/2009 - Aug/2009_ How much money, if any, do you believe you lost? _$33,314.00_

Whom have you contacted concerning your complaint?

[✓] Attorney _see note below_    [✓] Business _Oregon Board of Dentistry_    [ ] Other ___

[ ] No Action requested. I just wanted you to know of a questionable practice.

**What type of sale was this transaction?** Door-to-Door_____ Telephone_____ Fair/Tent Sale_____

Mail Order_____ Seminar_____ Mailer_____ Retail_____ Internet_____ Other _Dental work_

**80**

## DETAILS OF COMPLAINT
(attach additional pages if necessary)

If your complaint is about a cell phone account, please list the cell phone number here._____

Please refer to the attached documents for details of my complaint.

Regarding the question of an attorney, I did consult with two attorneys but I do not have an written contract

with either one.

---

Please be advised that this complaint will become part of our permanent records. Consumer complaints may be released to the business or person about whom you are complaining, members of the public or other agencies attempting to establish ongoing patterns or practices which violate Oregon's Unlawful Trade Practices Act. This form is also subject to Oregon's Public Records Law and may be disclosed to persons who request to review its contents.

*Jacqueline Pinch*                 *Feb 26/2012*
                      Your Signature                      Date

8/

# INDEX OF ENCLOSED DOCUMENTS

1.  **The Complaint (3 pages)**

2.  **Dental Case Summary (10 pages)**

3.  **Letters From Dr. Sorensen**
    A.  **Letter Describing Upcoming Treatment**
    B.  **Letter to Encourage Me to Have Him Continue My Treatment**
    C.  **Settlement Letter Presented to Me That I Did Not Sign**
    D.  **Letter from Dr. Sorensen Sent to a Friend of Mine**
    E.  **Offer and Letter from Dr. Sorensen after Interview with the Dental Board**

4.  **Letters From Me to Dr. Sorensen**
    A.  **Letter Requesting All of the Dental Items of My Case**
    B.  **Copy of Above Letter with Checked Off Items**
    C.  **Letter Requesting a Copy of All of His Photos of Me and My Teeth**
    D.  **Letter Requesting a Refund of All of the Funds Given to Him for This Project**
    E.  **Letter Requesting Insurance Information**

5.  **Documents from Dr. Sorensen**
    A.  **Treatment Plan from Dr. Sorensen (2 pages)**
    B.  **Receipt for Initial Consultation with Dr. Sorensen**
    C.  **Statement of Payment Due and Schedule of Upcoming Appointments**
    D.  **Receipt for Payment of Project**
    E.  **Statement of Payment Due for "Hard Tissue Crown Lengthening"**

6.  **My Dental File from Dr. Sorensen (7 pages)**

7.  **Emails Between Me and Dr. Sorensen (13 pages)**

8.  **ClearChoice Web Site Opening for a Lab Tech in Portland**

9.  **Receipts from Other Dentists Who Did Any Treatment Regarding This Case**
    A.  **Treatment Plan and Payment Due from ███████████**
    B.  **Receipts from ███████ of Payments Made**
    C.  **Treatment Plan from ████**
    D.  **Receipts from ████████ of Payments Made**

**82**

**Complaints about Dr. John Sorensen:**

1. It is clear to me that Dr. Sorensen **altered my dental file,** and this is especially clear because of the discrepancies on pages 2-3 regarding my "treatment plan" which entirely contradicts the treatment plan I received dated the same day, which was Feb. 20, 2009.

2. Dr. Sorensen **failed to ensure** that I had full and complete **informed consent** of various options in how to proceed, the costs of these options, and the potential risks involved.

3. **Almost no photos** were reviewed (apart from 3 photos of his own clients) to plan the aesthetics of this big project.

4. I believe that Dr. Sorensen worked **without a prescription** (describing the size, shape, and dimensions of my upcoming restorations) to his technician(s) who made my teeth. (*See pages 5-6 in my "Dental Case Summary.")

5. Dr. Sorensen made many **changes** to the shape of my upper temporary restorations while I was in the operatory, **without involving me,** asking me, or showing me until he was done.

6. The temporary restorations that Dr. Sorensen installed in my mouth created an **incorrect bite.** Most of the weight of my bite is presently on the front teeth which are extremely vulnerable to shifting and breaking. I have to constantly work to keep the front teeth from connecting too forcefully for this reason.

7. My upper front temporary teeth now have a **large overbite,** which exactly contradicts our agreed upon initial goal of bringing in my bite.

8. Aesthetically these temporary teeth are unacceptable.

9. In the last two appointments I had with Dr. Sorensen which were to adjust the temporaries, the above 3 aspects were **made worse.**

10. Once I made the decision to leave his care with only my temporaries placed, I was presented with a settlement letter from Dr. Sorensen which I refused to sign. In this letter, he **offered to refund only $13,014** out of the total amount paid to him of **$33,314.** He was charging me **$700 per chair hour,** even though at no time prior to July 2nd was any per hour charge ever mentioned or made aware to me.

11. Dr. Sorensen has **kept all of the money** from this case. He made no attempt to contact me regardless of all of my requests for him to do so – until over a year later, in February 2011, after my Dental Board Interview. He therefore has been completely unaware and

**83**

unconcerned of the status and health of my teeth during this entire time, and now it has
been over 2 ½ years since these temporaries were placed.

12. Dr. Sorensen engaged in unethical billing practices. Upon receiving the receipt for full
payment for all of this dentistry, included with this receipt was an **additional bill for
$3108** for "Hard Tissue Crown Lengthening" with no prior mention or discussion of this.
The following week I said no to this during my follow up consultation and he had no
comment in response on this issue.  *See emails in which pricing of this entire project
was discussed and decided on – there was never any mentioning of hard tissue crown
lengthening.

13. There were **no x-rays** taken of my **previously crowned front teeth** in order to reveal the
prepped tooth structure underneath. Therefore, there was no way Dr. Sorensen would be
able to make a plan to preserve the underlying tooth structure as much as possible as he
removed the porcelain.  In other words, he had **no map** to go by as he removed the
porcelain that was bonded onto the base teeth.

14. **Patient abandonment.**  Dr. Sorensen gave away all of his regular prosthodontic patients
via a letter because he no longer does this work.... According to this letter, he only does
implants now.

15. There were **no face bow measurements** taken by Dr. Sorensen for this big project of Full
Mouth Reconstruction.  Also, where is the analysis of the articulation and study data?

16. During the consultation I had with ████████ in August of 2009, I asked ████████ what
percentage of the total cost of this procedure he would assign to this initial stage of the
procedure that I was presently in (prepped teeth with temporary crowns) if he was doing
the work.  He said he would assign about **20%** of the entire cost to the work that was
done so far.  On the other hand, Dr. Sorensen was trying to charge me $20,300 out of the
funds he had received of **$33,314** intended to cover the entire project, which comes to
**61%**. And the work he had done for which he was charging me 61% of the total was
unacceptable. (See Document 4-D).

17. In subsequent written communications **Dr. Sorensen blamed me** for any errors in teeth
design due to the 1½ hours I spent with ████████ in the lab on May 11, 2009.

18. **These current temporary teeth do not fit my face or my smile.**


**\*\*Note:  Almost all of the conversations between Dr. Sorensen and I were via email,** and all
of these emails are included here in my attached documents. There were no phone conversations
other than the few conversations on the phone that I documented in my 10 page dental case
summary.

On my top teeth day, before we got started, I told Dr. Sorensen to avoid taking any more of the
base tooth structure off any of my top front teeth when removing the ceramic crowns on these

*Complaint - page 2*

**84**

ignored my request and went ahead and intentionally removed more of the base teeth structure, making these really little base teeth even littler, and thus weakening their long-term strength when supporting the intended crowns. Later, when I addressed this frightening observation, Dr. Sorensen wrote that he removed some extra teeth structure in order to prevent the underlying color of the dentin of the teeth from showing through the ceramic of the crowns. But the reality was that there was no dentin showing through the pre-existing ceramic crowns. The material that had been used the previous year was "Empress" which is known to have a high level of translucency, and even with this high level of translucency, no dentin of my base teeth showed through in any of the photos that were taken before Dr. Sorensen began his work on my teeth. . There was **no yellow at all showing through**, and instead the overall color of these previous crowns had a **grey** cast.

A dentist has to be extremely careful when re-doing previously crowned ceramic teeth. This is especially true because in applying ceramic crowns, a special cement is used which bonds the ceramic material directly to the tooth structure underneath. Therefore, when a ceramic tooth needs to be replaced, the ceramic part is drilled off, but the bonding cement also needs to be drilled off. And in this procedure, it is critical to make sure to avoid removing any healthy tooth structure, or at least keep it to an absolute minimum in order to leave the underlying tooth structure as strong as possible.

Complaint - page 3

**85**

## DENTAL CASE SUMMARY — updated February 26, 2012

### CURRENT SITUATION:

While undergoing the project of "Full Mouth Reconstruction" with **Dr. John Sorensen,** I found that it was necessary to leave him due to unacceptable patient care. The plan for the treatment began in **February 2009,** with my initial consultation, and I was last in his office when I picked up my file and the other items of my case in **August 2009.** Currently, I still have **28** temporary restorations, despite my efforts to resolve this situation.

I believe this is a case of wrongdoing, fraud, and false pretense. This includes materially altering my dental file, working without current x-rays, and apparently working without writing a prescription to his technician(s), who made my teeth. Dr. Sorensen has kept all of the money given to him for this entire project, and now it is even more expensive to move forward with the dental work I urgently need.

### BACKGROUND:

In **December of 2003,** in an appointment with ▆▆▆▆▆▆▆▆▆▆▆ I was made aware of the fact that my teeth needed to be reconstructed in order to re-build the size of my teeth, re-establish a nice smile, and protect the long-term health of my teeth and gums. I was crushed by these findings, and after some research, I realized the huge cost involved in this sort of procedure. At that time, I had no way of funding this huge project. However, I resolved to take the best possible care of my teeth in order to preserve them as much as possible.

In **February of 2008,** I had another appointment with ▆▆▆▆▆▆▆. Due to the fact that funding was still in question, he made a minimal plan to repair only three of my teeth (my two upper front teeth and one back tooth that had an extra big filling in it). I was not comfortable with his plan, particularly because he planned to also do root canals on those two front teeth, and I did not understand why that would be necessary at all. I decided to seek out another dentist.

### BEGINNING THE PROJECT OF "FULL MOUTH RECONSTRUCTION"

Almost four years ago, on **April 11th of 2008,** I met ▆▆▆▆▆▆▆▆▆, and soon we started the project of FMR to restore my teeth. In order to fund this procedure, my parents got on board once they realized the importance and necessity of this project. In my case, my gums and the roots of my teeth were found to be healthy, and therefore I was a good candidate to undergo the necessary procedures. He used the ▆▆▆▆method to establish my new bite, after establishing where my jaw was most comfortable by having me wear a ▆▆▆▆▆▆▆▆for a week. His plan was to crown and veneer the teeth in sections, front first, then one whole side, then the other side. But then together we changed the plan to doing the front teeth first, then the premolars, then the back teeth.

However, problems arose due to a lack of communication regarding the color and shape of the upcoming ceramic resorations after the temporary resorations of the front 12 teeth were placed. I went to his office and brought these concerns to his attention. ▆▆▆▆▆▆ said he would work on

**86**

the design of these teeth some more in his lab and he gave me only the color choices of "A1 or B1," without reviewing any lighter options. A few days later I brought him a paper that described the changes in shape I wanted applied to the permanent front teeth and of these two color choices, I chose the lighter option of B1.

A few weeks later, on **August 6th of 2008,** ▮▮▮▮▮ placed the front 12 ceramic restorations ( the upper front 6 and the lower front 6). Then, in order to align the rest of my bite, ▮▮▮▮▮ put bits of a composite or acrylic material on all of the rest of the bottom teeth, carefully checking the bite as he applied this material. The bite felt very comfortable. And I wanted to be really happy with the appearance of these new front ceramic teeth, but the color did not seem right...... it looked quite gray in the mirrors at work and my clients were also commenting about the grayish color. A week later, I met with ▮▮▮▮▮ and I wanted to discuss the teeth color with him.

I explained to ▮▮▮▮▮ that my new porcelain restorations looked gray, and that I had not had a proper chance to approve the color of them before they were cemented, and that I had only been given a quick glance before cementing began. I should have had a chance to walk around and look in different mirrors to make sure of the color, because this was such an important aspect. ▮▮▮▮▮ did not know what to do about this dilemma, and we met again a few weeks later to see if we could work out a solution. In this follow-up meeting, he offered to re-do these teeth if I paid the lab fees of $3000 to re-make these 12 ceramic teeth. In another meeting a week later, I suggested we only re-do the top 6 teeth, and that then he would cover the cost of the lab to make the 6 ceramic teeth. He said "no, I can't afford to do that."

Also, he talked to me about the difficulty in re-doing my front teeth, and he emphasized that it could lead to root canals and gum recessions. He also said that it would be very difficult to duplicate the bite I have and the shape of my teeth as they are now. So with all of this in mind, I decided to seek out another dentist in order to take on this project. He gave me the dental items of the case that I requested and he refunded the remainder of the funds that had been prepaid for the entire project.

I now have renewed respect for ▮▮▮▮▮ and his efforts and determination to get my bite very comfortable and correct, and he definitely achieved that goal for me. He did this by the design of my incisors, so that the top and bottom incisors did not touch, and by adding the right amount of composite material to all of the posterior bottom teeth in order to achieve good occlusion and to maintain the height of the new bite level. This situation using the composite material was intended to be temporary until the rest of the teeth were permanently restored, but I was very comfortable with this situation for many months.

## DR. JOHN SORENSEN

I found **Dr. Sorensen** in January of 2009, via his website. From his website, I felt very confident that Dr. Sorensen would uphold the highest standards in dentistry. Being a Prosthodontist, I understood that he was a specialist in creating artificial teeth of all kinds. This specialty demands extremely high standards of both diagnostic and treatment services in order to achieve the best possible aesthetics, occlusion, and long-term dental health and comfort.

*page 2*

**87**

For a Summary of Complaints, see Part 1 in my Documents of this Case.

page 3

88

## INITIAL CONSULTATION

**February 20, 2009:** Today was my initial consultation with **Dr. Sorensen.** He wanted to hear the entire story of how my teeth got this way. I told him the entire story of all of the events that worked together to result in the present condition of my teeth, including the front restorations with ███████. Dr. Sorensen seemed to be listening carefully to my story, and he checked the way I verbally went through a series of numbers, and then he took a series of pictures of my smile and my teeth. He seemed eager to take on this project, and I appreciated his enthusiasm. He offered to laser some gum material from a couple of premolars at no charge, but I was not keen on this idea. Since finances were a big concern, I wanted to review my different options, including leaving my crowned front teeth as they were currently and only doing the rest of the teeth, and also the option of only doing crowns on all of the top teeth and then maintaining the bite with acrylic bits, as was presently the case. There was no more time left in our consult to review these options, and he then handed me a sheet of paper, which was the **"Treatment Plan."** On this sheet of paper was a list of all of my teeth and his plan was to crown them all using a "por/cer subst," which I interpreted as all-ceramic crowns. Then, upon my request, he removed the cost of my third molars, which would simply be left alone.

## COMMUNICATIONS

Over the next few weeks, Dr. Sorensen and I communicated by **email** about the cost of the project. Dr. Sorensen eventually decided to offer me 10% off his initial estimate if I agreed to do the entire project as he intended and if it was paid for in cash up front. He felt strongly that the front teeth needed to be re-done to avoid having to "compromise several factors." This meant re-doing the front 12 teeth that ███████ had done (my complaint with those restorations was the color, which looked gray on me). I was grateful for this discount, and we agreed on the reduced price of **$33,314.**

## MOLDS TAKEN IN OFFICE

**On March 20ᵗʰ,** Dr. Sorensen's assistant, ██████ took two upper and two lower molds of my teeth, while one of Dr. Sorensen's two lab technicians, ██████ oversaw this procedure. Dr. Sorensen later came into the room and made a few notations. I made it clear to him that I wanted my new front teeth to be more "in" and Dr. Sorensen reiterated this out loud and announced, **"We will bring the (bite) in one millimeter towards the meridian."** He then placed some sort of device with some colored material on my teeth and took pictures of this. He did this a couple of times. I understood this procedure to be important in reading how my teeth connected together. After an indication by Dr. Sorensen to get started, ██ walked back to the lab with the molds of my teeth.

## PAYMENT MADE

**March 30, 2009:** Two checks were received by Dr. Sorensen to cover the entire cost of the project of restoring my teeth. Dr. Sorensen's treatment plan total was initially **$37,015,** and with **10% off,** the total was reduced to **$33,314.**

**April 2, 2009:** I received receipts from Dr. Sorensen's office, but on these receipts was an additional charge for a never-before mentioned procedure of "hard tissue crown lengthening" at **$795 per tooth,** totaling **$3180 extra** for 4 of my premolars.

*page 4*

**89**

### FOLLOW-UP CONSULTATION

**April 7, 2009:** On this day, I met with Dr. Sorensen, and I had a lot of questions for him, and I thought we would be going through some photos of teeth and smiles in order to most optimally design my new teeth. Instead, he showed me the already-done "wax-up" of the teeth intended for me that were created by his technician. I thought this was strange, as we had not had a discussion about the cosmetic aspects of my new teeth before these teeth were designed. These teeth looked odd to me because they had deep grooves between all of the top six teeth. I pointed out these deep grooves to Dr. Sorensen, and he took notes. I told him that I was not at all interested in "hard tissue crown lengthening" and that we had already arrived on a price for the entire project. He said nothing in response. The only pictures we looked at were 3 photos of three of his own clients' teeth. Dr. Sorensen's wife, **Vangi**, went ahead and set up my all-day appointments.

### WAX-UPS

I was very concerned about the wax-ups that I had seen on April 7th, and I was concerned that this was their design for my teeth. We had already paid Dr. Sorensen for the entire project up front, and so I was determined to work out the design of my teeth with him and his technician. Therefore, through emails to Dr. Sorensen, I communicated that I wanted to see the wax-ups several more times in order to make sure they were as right as possible. It turned out that I saw the wax-ups only two more times before the temporaries were installed in my mouth.

**April 17, 2009:** I met with Dr. Sorensen in his classroom and looked over the wax-ups. The wax-ups were damp and Dr. Sorensen told me not to touch them. So I was not able to open them up and thoroughly check them out.

**May 11, 2009:** This 5:30 appointment to have the final look of the waxups took place the night before my first all-day appointment for Dr. Sorensen to prep all of my bottom teeth. It turned out that Dr. Sorensen was still with a client, dand so he told Vangi to ask me if I wouldn't mind to instead meet with his technician, ███████████ **CDT (the other technician),** who would go over my wax-ups with me. I said that would be just fine.

███████ then directed me back to the lab to look over the wax-ups. I was not given any instructions or restrictions from Dr. Sorensen regarding my conversation with ███ concerning my wax-ups. My concern was to make sure these wax-ups looked right. It ended up that I sat with ███ for about 1½ hours, and this was a great relief to me because it was the first time that I was able to have direct input on the shape of the top six teeth, besides the ½ hour on April 17th, when the teeth were too damp to handle. In this 1½ hours, we did not work on changing any aspects of the back teeth. ███ was especially good and efficient at doing was-ups, and together I felt that we perfected the appearance of the top six front teeth. I was starving for such an opportunity, especially because Dr. Sorensen and I never thoroughly reviewed design details of tooth shape and structure of my potential smile. This was quite surprising, considering that he was the one who insisted on re-doing my previously done front restorations, and he promised an "awesome" result.

During the 1½ hours I spent with ███ working on the wax-ups in the lab, Dr. Sorensen came into the lab 2 or 3 times. At no time when he saw us working together on my teeth did he inquire as to what we were doing or otherwise give us any instructions whatsoever.

*page 5*

Also, knowing that it was ██████ not ██████, who made these teeth, I asked ██████ where ████ was, and ██████ told me that ████ was no longer employed by Dr. Sorensen, but he said nothing further about him. At the end of this 1½ hours spent with ████ adjusting my wax-ups, I was quite impressed with the aesthetic results.

## BOTTOM TEETH DAY

**May 12, 2009:** Dr. Sorensen was not happy with me today because I had spent 1½ hours with ████ the night before, during which time I worked with ████ to adjust the wax-ups.

Today Dr. Sorensen prepped all of my bottom teeth, including the front 6 bottom teeth which had veneers. At about mid-day on this day, I asked Dr. Sorensen why ████ was "let go," and he said it was because "I'm not busy enough to support two technicians, and **he does bad work.**"

This comment was very disturbing to me, because I knew that ████ the technician who Dr. Sorensen said "does bad work" was the person who made my teeth.

We were in the midst of this part of the project, and my teeth were completely vulnerable in this condition, so I opted to not respond to this comment at that time, hoping for a positive result despite this new information. Also, Dr. Sorensen had told me that we will be able to correct any aesthetic aspects on my temporary restorations. And I absolutely assumed that Dr. Sorensen, being a prosthodontist, would be extremely careful about getting the bite exactly right.

## TOP TEETH DAY

**May 18, 2009:** Before we got started today, I wanted Dr. Sorensen to see the **odd and uneven roll to the line** of my new temporary lower restorations. I had been under the impression that one huge reason to undergo all of this dental work was to achieve an **optimal** bite and great occlusion. Therefore, even though I only had the lower temporary restorations placed so far at this point, I was expecting my lower teeth to appear to be in visual alignment and balance. But when I pointed out this observation to Dr. Sorensen, he did not seem to be concerned, and simply asked me if that was a problem for me. So if things already looked off to me, I thought much attention would have been paid to correct the situation. He eventually said that we can make some adjustments later.

I also told Dr. Sorensen that I wanted to preserve all or as much as possible of the base tooth structure under my front crowns that he was re-doing. I was very concerned about the long-term longevity and strength of my teeth. He said he would do them just as he did the lower teeth, with no further explanation.

I then had a final glance of the top six teeth that ████ and I had carefully adjusted. I gave my approval regarding the aesthetics of these teeth. Most of this day was spent removing the top 6 front crowns, and the rest of the top teeth were then also prepped.

After the top teeth were all prepped, and after the late afternoon/evening 2-hour break, Dr. Sorensen began applying the temporary teeth, taking them on and off several times to make many adjustments over a few hours. At no time during this procedure did he ask me my opinion of shape and length as he changed these dimensions. Finally, at 10 pm, when he had finished installing the teeth, I was given the

*page 6*

**91**

mirror and I had my first glance of these teeth..... and they were clearly different from what I had expected. Also, they were mottled with bright white blotchy material, making the aesthetics of these teeth difficult to ascertain.

At the end of that day, neither Dr. Sorensen nor I was happy with the appearance of my teeth, and the first appointment to adjust these temporary teeth was to be the following week.

However, I was growing more uncomfortable with how things were going.... it seemed that more and more problems were surfacing regarding this project. And the fact that the top six teeth that ███ and I had carefully shaped were changed drastically that day without consulting me was very disturbing.

## FALLING OUT

Two days later, on **May 20th**, I called Dr. Sorensen's office and left a message for him to call me. On the morning of **May 21st**, his assistant, ███ called me. I told her that there were many factors I was not happy with regarding the current temporary teeth, including the bite and the aesthetics. A couple of days later, on **My 23rd**, I called Dr. Sorensen's office and left a message to cancel my next appt, which was booked for **May 27th, 2009.**

On Memorial Day, **May 25th**, I received a call from Dr. Sorensen and he could not understand why I canceled my upcoming appt. I reminded him of his comment about his technician who made my teeth, in which he said this technician "does bad work." Also, I told Dr. Sorensen that he was not involving me in his ideas and changes to my teeth and my smile, and I knew the only way to be successful was to work together smoothly for the goal of a beautiful, comfortable, and physiologically correct set of teeth.

The following Thursday, on **May 28, 2009**, Dr. Sorensen sent me an email referring to an attached letter, which I did not receive until the next morning via email. In this letter he insisted that he only does excellent work and that he only has the highest standards of excellence.

I then understood this to mean that he would do everything in his power to ensure that I would end up with a very balanced, aesthetically pleasing, comfortable set of teeth, with an absolutely correct bite. And I thought that ███ who seems to be a very skilled technician, who now was Dr. Sorensen's only technician doing all of the lab work, would also be very involved with correcting the erroneous aspects of the current state of my temporary restorations.

In a response to this letter, I decided that I needed to give Dr. Sorensen a chance to correct the situation. I soon sent him a clarification note via email on **May 31, 2009**. In this email, regarding the idea that I was in any way trying to ignore the rules of dentistry in the design of my teeth, I made it clear that this idea was simply untrue. I clarified that I absolutely agree that I would only want to work within the dental, gingival, and spacial rules of dentistry. Any shape, aesthetic, and bite ideas I suggested or asked about would always be second to the essential rules of dentistry.

In response to his suggestion that we would re-make the top 6 teeth, I tried to communicate with him in this email that I wanted him to go back to the teeth that we had started with early on the "top teeth day." He emailed me back on **June 2, 2009** a response, saying, "Hi Jackie: OK, will do. See you Thursday. John."

*page 7*

**92**

## BACK TO DR. SORENSEN

What actually happened the following Thursday, on **June 4, 2009,** was quite different than what I expected. First of all, the top 6 teeth that Dr. Sorensen had re-designed were really big, shapeless teeth that I had never seen before, and not at all the teeth that I had requested or that he had agreed to. But I still felt that it was critical to give him a chance to get this right, and I knew these were only temps, and I was hopeful that he would be working closely with ███████ in achieving a great result.

Dr. Sorensen went ahead and had me try on these top front 6 teeth, and he adjusted them a bit, and then had me look in a mirror. These teeth looked really bad, way too huge. Then Dr. Sorensen adjusted them again for quite a while, and again they looked really bad, a very odd shape. Then he said he was going to go back to the lab and have ███████ adjust these teeth. After a while, he came back and placed those teeth in my mouth and I said "that's better." I did not like these teeth very much, but at that point, I was in a rush to leave because I was dog-sitting, and I was now running late getting back to the house. So those teeth were cemented in, and we made another appt. to again adjust all of the temps, which was to be in two weeks.

In the meantime, the bite continued to be off, with most of the weight being on the front teeth and therefore the posterior teeth did not seem to be connecting properly. I now had a constant feeling that my front teeth were unnaturally full and more **"out"** and the goal of bringing in the teeth was definitely not accomplished. These aspects remain to this day.

My final appt. with Dr. Sorensen was on **June 17, 2009.** My entire bite, as well as the aesthetics, continued to be incorrect. Also, right after those top 6 teeth were replaced on June 4, I developed a major lisp. I thought today's appt would involve re-analyzing the situation and taking more molds of my teeth in order to make some major corrections regarding the entire bite and the aesthetics. Dr. Sorensen did not take any molds of my teeth today, and instead he made some small adjustments to my temporary restorations. But I was realizing that these minimal adjustments were not fixing things, except that we were able to mostly get rid of the lisp.

It was clear that so many of these problems could have been avoided if the entire project was originally planned with great care and intention. I felt that he was continuing to patch up the original bad design.

**June 18, 2009:** I sent an email to Dr. Sorensen inquiring about arranging some lab work with ███████ and possibly getting another mold of my teeth in order to make some major corrections.

**June 22, 2009:** I received an email from Dr. Sorensen indicating that any changes in my teeth at this point he would be doing on me in the operatory. Therefore, I knew it would be more of the same.

## CANCELLATION OF LAST APPOINTMENT

On **June 22, 2009,** I called Dr. Sorensen's office and canceled the only remaining appointment we had previously set up. I did not set up another appt. at this time.

On **July 2, 2009,** Vangi called me and left a message on my phone to set up my next appt. with Dr. Sorensen. A little later I returned her call, and I talked to Vangi. I said I wasn't happy with Dr. Sorensen's work and I was trying to figure out what to do next. And she said OK, and when I figure

*page 8*

that out, she will let me know how much their fee is so far.... and that will be subtracted from the total my parents had paid them. And then she said that in this kind of situation, they charge by "chairside hours." I then asked her how much that was, and Vangi said it was **$700 per chair hour.** I couldn' t believe it, and I said, "we'll see about that."

## SUBSEQUENT COMMUNICATIONS WITH DR. SORENSEN

On **August 24, 2009,** I sent Dr. Sorensen a letter requesting all of the items of my dental case. I told him I would come by his office on August 31st in order to pick up these items.

On **August 31st,** I went to Dr. Sorensen's office and I picked up almost all of the items I requested, including a duplicate copy of my file and most of the molds I requested. I was presented with a settlement letter which I refused to sign.

On **September 22nd,** I sent Dr. Sorensen a letter requesting all of the photos he took of me, copied onto a CD.

On **October 20th, 2009,** I sent a letter to Dr. Sorensen explaining why I was leaving his care. In this letter I was requesting a full refund. I gave him 10 days to respond to this letter.

On **November 16, 2009,** I sent Dr. Sorensen a letter requesting his insurance information . I gave him 3 days to respond to this letter.

**Dr Sorensen made no attempt to contact me regardless of all of my requests for him to do so - until over a year later, in February 2011, after my Dental Board interview.**

## CHANGE OF BUSINESS NAME

On **October 30th, 2009,** I received a call from a friend of mine who had gone to Dr. Sorensen earlier in the year for a very small procedure. She said that she had just received a letter from Dr. Sorensen indicating that he was narrowing his specialty and therefore he would no longer be doing regular prosthodontics or general dentistry. She brought this letter in to me, and in this letter he referred the recipients of the letter to a list of 4 other dentists. Dr. Sorensen did not send me one of those letters. Now Dr. Sorensen's business (in the same location) is called **"ClearChoice" Dental Implant Center** and the case with me from his previous business, **"Pacific Dental Institute"** was left still pending, with no communications about this business change to me. He still has all the money given to him for my entire dental project.

## OTHER DENTAL CONSULTS

On **May 28, 2009,** I had a consultation with ██████████ who is a dentist who works close to where I work. I told him that I was having some very serious concerns about the communications and the work that Dr. Sorensen was doing, and that the work so far was only the beginning of this huge project. He thought it would be best if I go back to Dr. Sorensen and to do my best to work it all out with him, since he was the one who began this project. It was the following week that I did return to Dr. Sorensen.

*page 9*

**94**

On **June 25,** I had an initial consultation with **Dr.** ███████ This was a mini-consult, and we sat at a table and discussed the situation. He said his cost to do "full mouth reconstruction" is $45,000. And even though some work had been done, there would be only a minimal discount from this total for him to take over the project and start on my teeth at this point. We looked over some books on cosmetic dentistry which illustrated all kinds of details of the shape, color, and texture of teeth. He explained that he works very closely with his clients to get all of the details just right, and he explained that these books were extremely useful in communicating and clarifying dental goals. He invited me back for another consultation after I had some time to think things over.

On **July 1, 2009,** I had a consultation with **Dr.** ██████████ I told him a summary of the current state of my teeth and he looked at my smile and checked all of my teeth. Since I had been going to Dr. Sorensen, who is a Prosthodontist, he decided to refer me to another prosthodontist, whom he knew, namely, █████████

On **July 27ᵗʰ, 2009,** I had a consultation with ████████ I told him my story in brief. He said he was willing to "roll up his sleeves for me." He seemed to understand the pickle that I was in, especially due to the fact that I needed to get my money back in order to proceed. We communicated that some of my temporary restorations were now loose, which was very dangerous, and he said he would be willing to glue them back in. His assistant took **full-mouth x-rays.**

On **August 7ᵗʰ, 2009,** I had a follow-up consultation with ██████████ Today he said that all of this is very expensive, and his profit margin is pretty narrow, but in my case he would be willing to give me 10% off. He then walked me up to the desk to meet with his office manager about the cost. She showed me his treatment plan for me, after subtracting 10% off the total cost. This total came to **$45,972.90.** I cried.

On **August 10ᵗʰ, 2009,** I had another appt. with ███████████ Financially, all I could do at this point was to have him take a **mold of my current teeth** and to **glue in any loose temps.** It turned out that today he had his assistant do this. ████████ came in to the room and informed me that since it may be a long time until I am financially able to move forward with this project, it was important that the adhesive that was used to glue in the 3 loose sections of temps be of "medium" strength adhesive. I said OK to this.

On **September 22, 2009,** I had a consultation with **Dr.** █████ I told him a brief summary of my story, and he looked over my teeth. He showed me some pictures of his patients' teeth that he had done. I was impressed with his work on other patients and with his ability to communicate clearly. He wanted to see all of the molds of my teeth, and so later in the day I returned to his office and sat with him while we looked over all of the molds. He was very thoughtful and he would want to make a very careful plan to get my bite just right if he took on my case. He said he would only be willing to take my case within 6 months of the installation of my current temps. These temps were installed in May/June of 2009.

On **September 25ᵗʰ, 2009,** I had a consultation with **Dr.** █████████, whom I found because he ██████████████████████████████ I told ████████ my story in brief, and he and his assistant performed a dental exam on me, and he then looked over all of my molds. He did not seem to be comfortable with the idea of taking this case.

*page 10*

*95*