UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **JACQUELINE PINCH**, | Case No. 3:14-cv-01995-KI |
| Plaintiff, | JUDGMENT |
| v. | |
| **DR. JOHN SORENSEN, OREGON BOARD OF DENTISTRY, CLEARCHOICE DENTAL IMPLANT CENTERS**, | |
| Defendants. | |

Jacqueline Pinch
P.O. Box 241
Tualatin, OR 97062

    *Pro Se* Plaintiff

KING, Judge:

    Based on the record, this case is dismissed without prejudice.

    IT IS SO ORDERED.

    DATED this ___18th___ day of December, 2014.

                              /s/ Garr M. King
                              Garr M. King
                              United States District Judge

Page 1 - JUDGMENT